**AGENDA NO.**

March 07, 2023

**MOTION BY SUPERVISOR JANICE HAHN
AND LINDSEY P. HORVATH**

**Raising the Progress Pride Flag at Los Angeles County Facilities**

The first known Pride flag debuted at the San Francisco Gay Freedom Day Parade in June 1978. At the encouragement of gay activist Harvey Milk, Gilbert Baker sewed the flag to symbolize the value and dignity of the gay community.

The original Pride flag contained eight stripes, each a separate color of the rainbow plus hot pink. They colored represented sex, life, healing, sunlight, nature, magic and art, serenity, and spirit.   While there have been several variations of the Pride flag.  in 2019, a version was debuted that included the iconic six rainbow stripes: red, orange, yellow, green, blue and violet, as well as the colors from the Transgender Pride Flag, light blue, pink and white stripes, to embrace the transgender community.

Most recently, the Progress Pride Flag was created by artist Daniel Quasar as a combination and reimaging of the original Pride Flag. The Progress Pride Flag's black and brown stripes represent marginalized LBGTQ+ communities of color, community members lost to HIV/AIDS, and those currently living with HIV/AIDS.  The new flag colors are in a chevron shape to represent a need for forward movement.

In 2015, the White House lit up with rainbow colors following the Supreme Court's landmark Obergefell v. Hodges ruling in 2015 that guarantees a constitutional right to same-sex

MOTION

SOLIS _____

MITCHELL _____

HORVATH _____

BARGER _____

HAHN _____

marriage. In June 2019, Governor Gavin Newsom requested that the Pride flag be flown on the main flagpole at the State Capitol building in commemoration of LGBTQ Pride Month, marking the first time in state history that occurred. On December 13, 2022, President Joseph R. Biden signed the Respect for Marriage Act, which provides federal protections for same-sex marriage.

While much progress and inclusion has occurred over the decades, some governing bodies have voted to ban displays of the Pride flag. Despite a unanimous vote two years ago to allow the Pride flag to be flown at city Hall, the City of Huntington Beach recently overturned the vote and will now only allow city, state and national flags to regularly be flown at City Hall.

Flying the Progress Pride Flag at the Kenneth Hahn Hall of Administration will show LA County's support for LGBTQ+ communities. In addition to the several ways our communities celebrate LGBTQ+ Pride Month.

**WE, THEREFORE, MOVE** that the Board of Supervisors:

1. Direct the Internal Services Department to raise the Progress Pride Flag at the Kenneth Hahn Hall of Administration during the month of June;

2. Direct the Chief Executive Officer to work with all County Departments to explore ways they can also recognize Pride month celebrations.

#      #      #

**JH:** mj/dg