

**EXECUTIVE OFFICE**

**BOARD OF SUPERVISORS**

CELIA ZAVALA
**EXECUTIVE OFFICER**

COUNTY OF LOS ANGELES
# EXECUTIVE OFFICE
BOARD OF SUPERVISORS

KENNETH HAHN HALL OF ADMINISTRATION
500 WEST TEMPLE STREET, ROOM 383
LOS ANGELES, CALIFORNIA 90012
(213) 974-1411 • www.bos.lacounty.gov

MEMBERS OF THE BOARD

HILDA L. SOLIS

HOLLY J. MITCHELL

LINDSEY P. HORVATH

JANICE HAHN

KATHRYN BARGER

May 10, 2023

TO:         Audit Committee

FROM:       Celia Zavala
            Executive Officer

SUBJECT:    REVIEW OF BOARD POLICY 3.100 – FLAG POLICY

On March 7, 2023, the County of Los Angeles Board of Supervisors (Board) adopted a motion that the Pride Progress Flag shall be flown at full staff during the month of June in recognition of LGBTQ+ Pride Month.  The Pride Progress Flag shall be flown at Los Angeles County facilities where the American and California Flags are displayed.

The below revisions were made to clarify, streamline, and add:

Added:
- 3/27/23 Board motion language for Pride Progress Flag (under "Display of Other Flags")
- History/ Background
- Sub-header for Veterans' Day
- Hyperlinks to various motions in body of policy

Moved:
- Death of Prominent Public Officials section – bifurcated
- Law Enforcement Personnel Killed in the Line of Duty
- Display of Other Flags section (moved from "When to Display Flags at Half Staff") and added new verbiage
- National POW/MIA Day to "Display of Other Flags" from "When to Display Flag at Half Staff"

As such, attached for your review and approval is the revised Flag Policy.

Audit Committee
May 10, 2023
Page 2


If you have any questions, please contact me at (213) 974-1401, or you may contact my staff, Lourdes Saab, Chief of Protocol, at (213) 974-1307.

CZ:ls

Attachment



| Policy #: | Title: | Effective Date: |
|---|---|---|
| **3.100** | **Flag Policy** | **09/16/97** |

## PURPOSE

Provides County departments with clear protocols for flying the National, State, County and other flags at County facilities.

## REFERENCE

January 12, 1965, Board Order - Synopsis 25

December 20, 1966, Board Order – Synopsis 151

March 26, 1968, Board Order – Synopsis 216

June 25, 1968, Board Order - Synopsis 205

June 27, 1989, Board Order - Synopsis 3

July 23, 1996, Board Order – Synopsis 9

September 16, 1997, Board Order - Synopsis 14

May 21, 2002, Board Order – Synopsis 4

March 24, 2015, Board Order No. 6

March 7, 2023, Board Order No. 15

1

**POLICY**

_____

<span style="color:red">**HISTORY/BACKGROUND**</span>

<span style="color:red">On March 26, 1968, the Board of Supervisors adopted an order instructing the Clerk of the Board to arrange for the flying of the flags of the United States, California, County, and the City of Los Angeles, respectively, in the Civic Center Mall.</span>

<span style="color:red">On June 25, 1968, the Board of Supervisors ordered for the official flag of the County of Los Angeles to be flown over every major County building and regional park, where possible.</span>

~~**POLICY ON**~~ **DISPLAYING THE FLAG AT HALF STAFF**

All County departments shall display the flag(s) at half-staff at County buildings and grounds in accordance with this policy.

The Flag Code Title 36, U.S.C., Chapter 10 as amended by Public Law 322, 103rd Congress, approved September 13, 1994, states that by order of the President, the flag shall be flown at half-staff upon the death of principal figures of the United States government and the Governor of a State, territory, or possession, as a mark of respect to their memory.  In the event of the death of other officials or foreign dignitaries, the flag is to be displayed at half-staff according to Presidential instructions or orders, or in accordance with recognized customs or practices not inconsistent with law.  In the event of the death of a present or former official of the government of any State, territory, or possession, the Governor of that State, territory, or possession may proclaim that the National Flag shall be flown at half-staff.  The flag shall be flown at half-staff thirty days from the death of the President or a former President; ten days from the death of the Vice-President, the Chief Justice or a retired Chief Justice of the United States, or an Associate Justice of the Supreme Court, or the Speaker of the House of Representatives; from the day of death until internment of an Associate Justice of the Supreme Court, a Secretary of an executive or military department, a former  Vice-President, or Governor of a State, territory, or possession; and on the day of death and the following day for a Member of Congress.

<span style="color:red">~~Display of Flag at Half-Staff in Honor of Deceased Person~~</span>

<span style="color:red">~~By Resolution of the Board of Supervisors, the flags of the United States, the State of California and the County of Los Angeles can be flown at half-staff upon the death of public officials at all levels of government. When death of the public official to be so honored is verified, flags shall be flown at half-staff immediately.  The flags shall remain~~</span>

2

~~at half-staff during each day they are normally flown until lowered at the end of the day on which the funeral is solemnized.~~

~~On occasions where law enforcement personnel are killed in the line of duty, the Board of Supervisors may deem it appropriate to order all flags flown at half-staff. Finally, the honor and reverence accorded this solemn act should not be diminished by the display of the flag at half-staff on occasions of local tragedy wherein a County flag flown at half-staff would be more appropriate.~~

## <u>METHOD FOR PLACING FLAG AT HALF-STAFF</u>

The flag shall be raised to the peak for an instant and then lowered to the half-staff position midway between the top and the bottom of the staff.  The flag should be again raised to the peak before it is lowered for the day.  The flag must never touch the ground when being raised or lowered.  The flag should be raised briskly and lowered slowly and ceremoniously.  At no time shall any other flag be above the United States Flag.  When the United States Flag is lowered to half-mast position, all other flags should similarly be lowered.

## <u>WHEN TO DISPLAY FLAG AT HALF-STAFF</u>

**Memorial Day**

The flags are flown at half-staff until 12:00 noon and raised to the peak for the remainder of the day.  This is covered by Public Law 829 passed by the 77th Congress.  On motion by the Board of Supervisors, <u>June 27, 1989</u>, the flags of the United States, the State of California and the County of Los Angeles will be flown at half-staff on Memorial Day.

~~**National POW/MIA Day**~~

~~On motion by the Board of Supervisors, **September 16, 1997,** the Board recognized the **third Friday in September of each year** as a day for POW/MIA and their families throughout Los Angeles County.~~

~~The Board agreed to display the POW/MIA flag, as read in HR 116 and its Counterpart bill, U.S. S528, on Memorial Day, Armed Forces Day (third Saturday in May), Flag Day (June 14th), Independence Day, Veterans' Day and National POW/MIA day.~~

On motion by the Board of Supervisors, <u>September 16, 1997</u>, the POW/MIA flag would also be flown at half-staff on Memorial Day.

**Peace Officers Memorial Day**

On motion by the Board of Supervisors, <u>May 21, 2002</u>, the United States flag will be flown at half-staff at all County facilities **each year on May 15th**, in accordance with Public Law 103-322 and the Congressional Joint Resolution approved October 1, 1962,

3

designating May 15th of each year as "Peace Officers Memorial Day," and the week in which it falls as "Police Week."

**Patriot Day**

On motion by the Board of Supervisors, March 24, 2015, the United States flag will be lowered to half-staff at all County facilities **each year on September 11th**, in accordance with the Federal Flag Code recognizing September 11th as "Patriot Day." and that other days be included at the discretion and upon order of the Chairman of the Board.

**Veterans' Day**

On motion by the Board of Supervisors, June 27, 1989, the flags of the United States, State of California, and County of Los Angeles will be flown at half-staff on Veterans' Day.

**Death of Prominent Public Officials**

By Resolution of the Board of Supervisors, the flag of the County of Los Angeles can be flown at half-staff upon the death of public officials at all levels of government.  When death of the public official to be so honored is verified, flags shall be flown at half-staff immediately. The flags shall remain at half-staff during each day they are normally flown until lowered at the end of the day on which the funeral is solemnized.

**Other Days**

It is customary to honor prominent public officials holding office at the time of their deaths. Los Angeles County shall use the following list:

| | |
|---|---|
| **Federal Government:** | President, Vice President, US Supreme Court Justice, Members of Congress and a Secretary of an executive or military department |
| **State Government:** | Governor, incumbent judge of the Superior Court or Justice Court* |
| **Local Government:** | Members of the Board of Supervisors |
| **City Officials:** | City Mayors and Council Members** |

*In the event of the death of a Superior Court Judge, the County flag shall be flown at half-staff at all Superior Court facilities and at all County buildings in the branch Civic Center where the affected courts are located.

**The County flag shall be flown at half-staff at County facilities located in or near the Civic Center of an incorporated city when the City's Flags are lowered to half-staff.

4

**<u>Law Enforcement Personnel Killed in The Line of Duty</u>**

<u>On occasions where law enforcement personnel are killed in the line of duty, the Board of Supervisors may deem it appropriate to order all flags flown at half-staff. Finally, the honor and reverence accorded this solemn act should not be diminished by the display of the flag at half-staff on occasions of local tragedy wherein a County flag flown at half-staff would be more appropriate.</u>

**<u>Such Others</u>**

<u>As ordered by the Board of Supervisors, or at the discretion of the Chair.</u>

<u>DISPLAY OF OTHER FLAGS</u>

**<u>National POW/MIA Day</u>**

<u>On motion by the Board of Supervisors, **September 16, 1997,** the Board recognized the **third Friday in September of each year** as a day for POW/MIA and their families throughout Los Angeles County.</u>

<u>The Board agreed to display the POW/MIA flag, as read in HR 116 and its Counterpart bill, U.S. S528, on Memorial Day, Armed Forces Day (third Saturday in May), Flag Day (June 14th), Independence Day, Veterans' Day and National POW/MIA day. The POW/MIA flag should be displayed at full-staff, except for Memorial Day when all flags are to be lowered.</u>

**<u>Pride Progress Flag</u>**

<u>On motion by the Board of Supervisors, **March 7, 2023**, the Progress Pride Flag shall be flown at full-staff during the month of June in recognition of LGBTQ+ Pride Month. The Pride Progress Flag shall be flown at Los Angeles County facilities where the American and California Flags are displayed.</u>

<u>METHOD OF NOTIFICATION</u>

The Executive Office of the Board of Supervisors, upon verifying the holiday or death, or upon receipt of the Board directive, shall notify the appropriate departments via e-mail, who shall in turn notify the facilities for which they are responsible.

**<u>RESPONSIBLE DEPARTMENT</u>**

Executive Office of the Board of Supervisors

5

## DATE ISSUED/SUNSET DATE

_____

Issue Date: September 16, 1997                Sunset Review Date: September 16, 2001
Review Date:  November 21, 2002                Sunset Review Date:  November 21, 2006
Review Date:  November 16, 2006                Sunset Review Date:  November 21, 2011
Review Date:  February 16, 2012                Sunset Review Date:  November 21, 2016
Review Date:  October 20, 2016                Sunset Review Date:  November 21, 2020
Review Date:  September 16, 2020                Sunset Review Date:  November 21, 2024

6