**AGENDA NO.**

May 21, 2024

**MOTION BY SUPERVISORS LINDSEY P. HORVATH**

**AND JANICE HAHN**

**Proclaiming June 2024 as Pride Month in Los Angeles County and Raising the Progress**

**Pride Flag Over Los Angeles County Facilities**

LGBTQ+ communities throughout Los Angeles County (County) are broad and diverse, as are the many challenges that they face, from having access to critical healthcare services to being able to afford housing to feeling safe as they walk down the streets. Over this last year, the County has acted with urgency to address the many challenges this community faces. From creating the County's first ever LGBTQ+ Commission to initiating an LGBTQ+ Community Safety Plan, Los Angeles County is committed to protecting, supporting, and uplifting its vibrant and diverse LGBTQ+ communities.

Last year the County raised the Progress Pride flag over all County facilities for the first time ever. The Third District honored Ginger Rogers Beach, an historically LGBTQ+ friendly stretch of beach at Will Rogers State Beach, and the Fourth District announced its plan to create a LGBTQ+ Community Resource Center in Whittier, among many other actions. The Board of Supervisors' (Board) commitment to the LGBTQ+ communities is made evident not only in their words, but in their actions.

This is a critically important moment for LGBTQ+ people as their fundamental rights are at

MOTION

SOLIS _____

MITCHELL _____

HAHN _____

BARGER _____

HORVATH _____

stake in many states - even throughout communities in California. This last year brought a string of high-profile acts of violence, intimidation, and suppression of LGBTQ+ people at drag queen story hours, school board meetings, and social gatherings. Proclaiming June as Pride Month and flying the Progress Pride flag at County facilities is vital now more than ever to affirm that the LGBTQ+ community here to stay, and that our government will never back down from supporting them.

As the original Pride flag contained eight stripes to represent each color of a rainbow, the newest Progress Pride flag, created by artist Daniel Quasar, remakes the 2019 variation of the flag which included the colors of the Transgender Pride flag, light blue, pink, and white. In the newest flag, Quasar incorporated black and brown stripes to represent marginalized LGBTQ+ communities of color, community members lost to HIV/AIDS, and those currently living with HIV/AIDS. The new flag colors are in a chevron shape to represent a need for forward movement.

Proudly flying the Progress Pride flag demonstrates the County's continued commitment to the LGBTQ+ community, from the Pacoima to Pomona, from Long Beach to Lancaster, from Baldwin Hills to Bell Gardens. Following last year's raising of the Progress Pride Flag, the Los Angeles County Supervisors will once again celebrate the beginning of Pride Month by raising the Progress Pride Flag above the Hall of Administration on the morning of June 4, 2024.

**WE, THEREFORE, MOVE** that the Board of Supervisors:

1) Proclaim June 2024 as Pride Month in Los Angeles County;

2) Direct the Internal Services Department to fly the Progress Pride flag over all Los

Angeles County facilities where the American and California flags are displayed during the month of June in honor of Pride Month;

3) Direct the Executive Officer to circulate the County's updated flag policy and notify departments of the above directives.


#    #    #

LPH:nw