AGN. NO.

**MOTION BY SUPERVISORS JANICE HAHN**       June 10, 2025
**AND LINDSEY P. HORVATH**

### Proclaiming June 2025 as Pride Month in Los Angeles County

LGBTQ+ communities throughout Los Angeles County (County) are broad and diverse, as are the many challenges that they face, from having access to critical healthcare services to being able to afford housing to feeling safe as they walk down the streets. The County has acted with urgency to address the many challenges this community faces. From creating the County's first ever LGBTQ+ Commission to initiating an LGBTQ+ Community Safety Plan, the County is committed to protecting, supporting, and uplifting its vibrant and diverse LGBTQ+ communities.

In 2023, the County raised the Progress Pride flag over all County facilities for the first time ever, and last year the Board of Supervisors (Board) approved a motion updating the County's flag policy requiring that the Progress Pride Flag be flown over all County facilities during the month of June, making this action permanent. Additionally, the Third District honored Ginger Rogers Beach, an historically LGBTQ+ friendly stretch of beach at Will Rogers State Beach, and in September 2023, the Fourth District opened a LGBTQ+ Community Resource Center in Whittier, among many other actions. The Board's commitment to the LGBTQ+ communities is made evident not only in their words, but in their actions.

<u>MOTION</u>

SOLIS       _____

MITCHELL     _____

HORVATH     _____

HAHN       _____

BARGER      _____

This is a critically important moment for LGBTQ+ people as their fundamental rights are at stake in many states – even throughout communities in California. The past year has brought a string of high-profile acts of violence, intimidation, and suppression of LGBTQ+ people, including an executive order that effectively bans transgender individuals from serving in the military. Proclaiming June 2025 as Pride Month and continuing to fly the Progress Pride flag at County facilities is vital now more than ever to affirm that the LGBTQ+ community is here to stay, and that the County will never back down from supporting them.

As the original Pride flag contained eight stripes to represent each color of a rainbow, the newest Progress Pride flag, created by artist Daniel Quasar, remakes the 2019 variation of the flag, which included the colors of the Transgender Pride flag of light blue, pink, and white. In the newest flag, Quasar incorporated black and brown stripes to represent marginalized LGBTQ+ communities of color, community members lost to HIV/AIDS, and those currently living with HIV/AIDS. The new flag colors are in a chevron shape to represent a need for forward movement.

Proudly flying the Progress Pride flag demonstrates the County's continued commitment to the LGBTQ+ community, from Pacoima to Pomona, Long Beach to Lancaster, and Baldwin Hills to Bell Gardens. This year, the County Supervisors have once again celebrated the beginning of Pride Month by raising the Progress Pride Flag above the Hall of Administration and all county buildings during a ceremony held on Tuesday, June 3, 2025.

**WE, THEREFORE, MOVE** that the Board of Supervisors proclaim June 2025 as

Pride Month in Los Angeles County.

#     #     #

JH:mj