## Eric Batman

| | |
|---|---|
| **From:** | Sami Kabar |
| **Sent:** | Monday, June 3, 2024 9:49 PM |
| **To:** | Eric Batman |
| **Cc:** | Sterling Klippel |
| **Subject:** | RE: June Accommodation |

Hi Eric,
Your accommodation request to telework during the month of June has been denied.

Sami Kabar
Principal Engineer
Los Angeles County Public Works
Office: (626) 458-6104
Mobile: (626) 476-2056

---

**From:** Eric Batman <EBATMAN@dpw.lacounty.gov>
**Sent:** Monday, June 3, 2024 9:08 PM
**To:** Sami Kabar <SKABAR@dpw.lacounty.gov>
**Cc:** Sterling Klippel <SKLIPPEL@dpw.lacounty.gov>
**Subject:** RE: June Accommodation

Evening Sami,

Could you please provide clarification as to whether my accommodation request to telework for the month of June is approved, based upon the justification provided in my verbal request on May 28, 2024, and my email on May 30, 2024 (below)?

Thank you,

Eric Batman, P.E.
Senior Civil Engineer
Los Angeles County Public Works
Office (626) 458 - 6308

---

**From:** Sami Kabar <SKABAR@dpw.lacounty.gov>
**Sent:** Monday, June 3, 2024 7:23 PM
**To:** Eric Batman <EBATMAN@dpw.lacounty.gov>
**Cc:** Sterling Klippel <SKLIPPEL@dpw.lacounty.gov>
**Subject:** Re: June Accommodation

Hi Eric,

Thank you for your email. Public Works is committed to fostering an inclusive and welcoming environment for all. Therefore, you are welcome to access the building from the back entrance where the flag pole is not present. As clarification to your email below, your ability to telework last year

1

during the month of June was due to your office being under construction and not an accommodation due to the pride flag.

I am also providing you with the Workers' Compensation paperwork along with the brochure for the County's Employee Assistance Program (EAP) to address your comment related to mental stresses associated with the image presented by the pride flag. The EAP offers confidential professional help at no cost to County staff.

- If you believe the condition is work-related and want to receive medical treatment, please let me know as soon as possible.  You will need to download and complete the DPW Workers' Compensation Packets at 📄 Employee Packet 12-2013.pdf **AND** 📄 Supervisor Packet 10-2022.pdf . *(If you are unable to open the links, please use the attached PDF packets)*

- If you do **not** want to receive medical treatment, please download and complete the Declination of Medical Treatment paperwork at 📄 Declination Packet 01-2014.pdf

The packet requires both your and my information for completion.  Please submit the completed packet to the Ricardo Castaneda of the DMC Unit as soon as possible.


Let me know if you have any questions.


Sami Kabar
Principal Engineer
Los Angeles County Public Works
Office: (626) 458-6104
Mobile: (626) 476-2056

---

**From:** Eric Batman <EBATMAN@dpw.lacounty.gov>
**Sent:** Thursday, May 30, 2024 12:08 PM
**To:** Sami Kabar <SKABAR@dpw.lacounty.gov>
**Subject:** June Accommodation

Afternoon Sami,

This email is a follow-up to our discussion on Tuesday, May 28, 2024, during which I verbally requested an accommodation for the month of June 2024.  Currently, I telework one day a week (typically on Monday's), and report to Public Works' headquarters building the remaining three days a week.  My understanding is that the County plans on flying the pride flag at all County buildings during the month of June, including the Public Works headquarters building, which I currently report to three days a week.  The flag pole at Public Works headquarters building is located prominently at the front of the building near the main entrance, which is the entrance I use when I enter the building during the days that I report to the office.  The pride flag represents and conveys a message along with an ideology that is in direct opposition to my deeply held religious beliefs and is therefore highly offensive.  While the pride flag is flown in June, each morning I would be subjected to its message and ideology immediately when I first entered the building, each time I exited and then re-entered the building for a short walk during pre-determined break periods, each time I exited and then re-entered the building at lunch, and finally when I exited the building to go home each evening.  Being exposed to this symbol displayed in such a highly visible location at Public Works headquarters building multiple times throughout each working day would negatively impact my ability perform my work and would result in a hostile work environment.  Therefore, I am requesting an accommodation to work

remotely not just on Monday's, but every day during the timeframe that the flag is displayed at Public Works headquarters building (i.e., the month of June) so that I can continue to perform at a high level and not have to deal with the undue additional mental stresses associated with the image presented by the pride flag.  Please note, last year I teleworked for the entire month of June and there was no impact to my performance or the overall operations of my Section.  In fact, the ratings for my Performance Evaluation for last year, which included the time I teleworked for the entire month of June 2023, were the highest ratings thus far in my current position as a Senior Civil Engineer.  Due to next week being the first working week in June, and with the expectation that the pride flag will be added to the flag pole at Public Works headquarters building, time is of the essence in processing this accommodation request to telework once again this year during the month of June.

Thank you,

Eric Batman, P.E.
Senior Civil Engineer
Los Angeles County Public Works
Office (626) 458 - 6308