**Eric Batman**

---

| | |
|---|---|
| **From:** | Ivan Matheus |
| **Sent:** | Wednesday, June 5, 2024 7:41 AM |
| **To:** | Eric Batman |
| **Cc:** | Sami Kabar |
| **Subject:** | GRIEVANCE- RELIGIOUS ACCOMODATION |
| **Attachments:** | EB Grievance 2024-06-04 17.06.41 PM.pdf |

Good morning Mr. Batman,

Employee Relations is in receipt of the grievance you submitted regarding the denial of your religious accommodation.
At your earliest convenience, can you please give me a call to discuss next steps.

Thank you in advance.

Regards,

Ivan Matheus
Departmental Employee Relations Representative
Los Angeles County Public Works
Office: (626) 458-2106
Mobile: (626) 590-1235



# GRIEVANCE FORM

**PLEASE COMPLETE FORM PRIOR TO SUBMISSION. INCOMPLETE FORM WILL BE RETURNED.**
(See instructions on the back of this page)

Employee's Name: **Eric Batman**　　　　　　　　　Title: **Senior Civil Engineer**

Division: **Stormwater Engineering**　　Union: **CAPE**　　Bargaining Unit: **502**

Employee's Representative: _____

Please cite MOU violation (Please refer to applicable MOU grievance procedure at http://intranet/hrd/union):
**Unit 502 MOU Article 6, "Discrimination", and Article 32 "Management Rights"**
**Please attach statement of grievance and desired outcome.**

Discussed informally with:　　Sami Kabar　　　　　　　on　　6/4/24
　　　　　　　　　　　　　　　Immediate Supervisor's Name　　　　　　　Date
Signature of Employee: _____　　Date: 6/4/24

---

## STEP I. IMMEDIATE SUPERVISOR'S RESPONSE　　Date Received by Supervisor: 6/4/2024

**Please attach summary of facts and decision.**

Print Name: SAMi KABAR　　　Title: Principal Engineer

Signature: _____　　Date: _____

**DATE EMPLOYEE GIVEN COMPLETED ORIGINAL FORM:** _____ By: _____
(Forward copy to Employee Relations)　　　　　　　　　　　　　　　　　Name

*If employee wishes to appeal the decision, he/she must submit the original grievance to his/her Division Head within the time limits specified in the grievance procedure outline, noting the date submitted.*

---

## STEP II. DIVISION HEAD / DESIGNEE'S RESPONSE　　Date Received Division Head: _____

**Please attach summary of facts and decision.**

Signature: _____ Title: _____ Date: _____

**DATE EMPLOYEE GIVEN COMPLETED ORIGINAL FORM:** _____ By: _____
(Forward copy to Employee Relations)　　　　　　　　　　　　　　　　　Name

*If employee wishes to appeal the decision, he/she must submit the original grievance to the **Administrative Deputy Director** within the time limits specified in the grievance procedure outline, noting the date submitted.*

---

## STEP III. DIRECTOR / DESIGNEE　　Date Received by Deputy: _____

**Please attach summary of facts and decision.**

Signature: _____ Title: _____ Date: _____

**DATE EMPLOYEE GIVEN COMPLETED ORIGINAL FORM:** _____ By: _____
(Forward copy to Employee Relations)　　　　　　　　　　　　　　　　　Name

**Please Note:** This form must be signed by the person delivering this grievance response to the employee at all levels. Please forward a **copy** to the Employee Relations officer, Human Resources Division. Thank you.

60-0052  DPW Rev. 04/07

## GRIEVANCE PROCEDURE OUTLINE

### INFORMAL DISCUSSION

Complaint of employee discussed informally with the supervisor. The supervisor should obtain as much detail as possible from the employee, listen patiently, and try to settle the complaint. If the matter is not resolved, the employee may proceed with a formal written grievance.

### FORMAL GRIEVANCE

**Step I:** Immediate Supervisor

Grievance must be filed within the time limits of the occurrence of the matter being grieved. **The employee must state specifically the nature of his/her complaint, what rule, regulation or provision of MOU was violated and the outcome desired**. After discussing the grievance with his/her supervisor, the supervisor shall submit a written decision to the employee within the time limits.

**Step II:** Division Head/Designee

Within the time limits, the employee may pursue the grievance to the second level. The Division Head/Designee shall meet and discuss the grievance with the employee, investigate charges or claims made, review the grievance with the immediate supervisor and other appropriate persons, and render a written decision within the time limits. The employee may be assisted by his/her representative.

**Step III:** Director / Designee

Within the time limits, the employee may pursue the grievance to the Director of Public Works or his Designee. The Director/Designee shall make a thorough review of the grievance, meet with the parties involved, and render a written decision within the time limits. The Director's decision is final on matters not subject to arbitration.

| | INFORMAL Verbal | | FORMAL Grievance form | | | | | |
|---|---|---|---|---|---|---|---|---|
| | *Time Limits | | Step I | | Step II | | Step III | |
| | | | (1) | (2) | (1) | (2) | (1) | (2) |
| **UNION** | Discuss | Respond | File | Respond | File | Respond | File | Respond |
| **AFSCME** 421 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| **Building Trades** 411, 412 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| **CAPE** 501, 502, 511, 512 | 5 | 7 | 10 | 10 | 10 | 10 | 10 | 10 |
| **Local 721** 111,112,121, 122,431, 432 | - | - | 10 | 10 | 10 | 10 | 10 | 10 |
| **Plant Opt'g Engrs.** 401 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |

*Time limits are business days.
- Business days within which a written grievance must be filed at the appropriate level.
- Business days within which management must respond to the written grievance.

### Grievance Statement

My request to be accommodated by allowing me to telework additional days during the month of June due to the County's decision to prominently fly the pride flag near the main entrance of Public Works headquarters building, which conveys a message and ideology that is in direct opposition to my deeply held religious beliefs and is therefore highly offensive, was wrongfully denied.  Currently, I telework one day a week (typically on Monday's), and report to Public Works' headquarters building the remaining three days a week.  While the pride flag is flown in June, each morning I am subjected to its message and ideology immediately when I first enter the building, each time I exit and then re-enter the building for a short walk during pre-determined break periods, each time I exit and then re-enter the building at lunch, and finally when I exit the building to go home each evening.  Being exposed to this symbol displayed in such a highly visible location at Public Works headquarters building multiple times throughout each working day negatively impacts my ability perform my work and results in a hostile work environment. Denying my accommodation request based upon the information provided herein qualifies as discrimination based on religious opinions or affiliations per Article 6 of the Unit 502 MOU.

### Violation

Unit 502 MOU Article 6 "Discrimination" and Article 32 "Management Rights"

### Desired Outcome

Approve my request to telework during the timeframe that the pride flag is displayed at Public Works headquarters building (i.e., month of June) so that I can continue to perform at a high level and not have to deal with the undue additional mental stresses associated with the image presented by the pride flag.