**Eric Batman**

---

| | |
|---|---|
| **From:** | Alexander Mohajer |
| **Sent:** | Thursday, June 20, 2024 11:55 AM |
| **To:** | analisa; Eric Batman |
| **Cc:** | Ivan Matheus; Steve Burger |
| **Subject:** | RE: E. BATMAN GRIEVANCE |
| **Attachments:** | Grievance File - E. Batman.pdf; Step 3 Decision - E. Batman.pdf |

Good morning Mr. Batman,

Please see the attached Step 3 Grievance decision and the original grievance file for your records.

Please let me know if you have any questions.

Sincerely,

Alex Mohajer
Employee Relations Manager
Los Angeles County Public Works
Office: (626) 458-4099
Mobile: (626) 669-7173

---

**From:** Ivan Matheus <IMatheus@dpw.lacounty.gov>
**Sent:** Tuesday, June 11, 2024 3:37 PM
**To:** analisa <analisa@capeunion.org>
**Cc:** Eric Batman <EBATMAN@dpw.lacounty.gov>; Alexander Mohajer <AMohajer@dpw.lacounty.gov>
**Subject:** FW: E. BATMAN GRIEVANCE

Hi Analisa,

I am going to move this meeting to 8:45 to allow for Management to pre-meet.
Let me know if this causes any conflict for you, thanks.

Regards,

Ivan Matheus
Departmental Employee Relations Representative
Los Angeles County Public Works
Office: (626) 458-2106
Mobile: (626) 590-1235

---

**From:** Ivan Matheus
**Sent:** Tuesday, June 11, 2024 3:34 PM
**To:** Analisa Alvarez <analisa@capeunion.org>
**Cc:** Eric Batman <EBATMAN@dpw.lacounty.gov>; Alexander Mohajer <AMohajer@dpw.lacounty.gov>
**Subject:** RE: E. BATMAN GRIEVANCE

Thank you Analisa. Yes, this meeting will be held via Teams.

1

I will send out an invitation shortly.

Regards,

Ivan Matheus
Departmental Employee Relations Representative
Los Angeles County Public Works
Office: (626) 458-2106
Mobile: (626) 590-1235

---

**From:** Analisa Alvarez <analisa@capeunion.org>
**Sent:** Tuesday, June 11, 2024 3:31 PM
**To:** Ivan Matheus <IMatheus@dpw.lacounty.gov>
**Cc:** Eric Batman <EBATMAN@dpw.lacounty.gov>; Alexander Mohajer <AMohajer@dpw.lacounty.gov>
**Subject:** RE: E. BATMAN GRIEVANCE

CAUTION: External Email. Proceed Responsibly.

Hi Ivan,

We are available to meet 6/18 at 8:30, will this meeting be on Teams?

Thank You,

*Analisa Alvarez*
Business Agent
CAPE, AFL-CIO
Phone: (626)243-0340

---

**From:** Ivan Matheus <IMatheus@dpw.lacounty.gov>
**Sent:** Tuesday, June 11, 2024 12:34 PM
**To:** Analisa Alvarez <analisa@capeunion.org>
**Cc:** Eric Batman <EBATMAN@dpw.lacounty.gov>; Alexander Mohajer <AMohajer@dpw.lacounty.gov>
**Subject:** [External] E. BATMAN GRIEVANCE

Good afternoon Analisa,

Mr. Batman's grievance will be heard by Deputy Director Steve Burger at step 3.
Mr. Burger's immediate availability for this meeting is as follows:

- 6/12 = 1:30 p.m. to 2:30 p.m.
- 6/18 = 8:30 a.m. to 11 a.m.
- 6/20 = 8 a.m. to 9 a.m. and 2 p.m. to 3 p.m.

Please let me know if any of these times work for you. We anticipate 45 minutes should be sufficient for the meeting.
Please note that Mr. Burger will be unavailable from June 21st through July 7th.

Regards,

Ivan Matheus
Departmental Employee Relations Representative
Los Angeles County Public Works
Office: (626) 458-2106
Mobile: (626) 590-1235

---

**From:** Ivan Matheus
**Sent:** Monday, June 10, 2024 1:07 PM
**To:** Eric Batman <EBATMAN@dpw.lacounty.gov>
**Cc:** Alexander Mohajer <AMohajer@dpw.lacounty.gov>; analisa <analisa@capeunion.org>
**Subject:** RE: [External] E. BATMAN GRIEVANCE

Good afternoon Eric,

We have submitted your grievance to the Administrative Deputy's Secretary for assignment to a Deputy at step 3.
I anticipate it should be assigned by tomorrow at the latest.

As soon as we are informed, I will provide Analisa our availability for the meeting.

Regards,

Ivan Matheus
Departmental Employee Relations Representative
Los Angeles County Public Works
Office: (626) 458-2106

---

**From:** Eric Batman <EBATMAN@dpw.lacounty.gov>
**Sent:** Monday, June 10, 2024 12:52 PM
**To:** Ivan Matheus <IMatheus@dpw.lacounty.gov>
**Cc:** Alexander Mohajer <AMohajer@dpw.lacounty.gov>; analisa <analisa@capeunion.org>
**Subject:** RE: [External] E. BATMAN GRIEVANCE

Afternoon Ivan,

Any update on the next step for this grievance?

Thank you,

Eric Batman, P.E.
Senior Civil Engineer
Los Angeles County Public Works
Office (626) 458 - 6308

---

**From:** Ivan Matheus <IMatheus@dpw.lacounty.gov>
**Sent:** Wednesday, June 5, 2024 12:53 PM
**To:** Eric Batman <EBATMAN@dpw.lacounty.gov>; analisa <analisa@capeunion.org>

**Cc:** Alexander Mohajer <AMohajer@dpw.lacounty.gov>
**Subject:** RE: [External] E. BATMAN GRIEVANCE

Noted, thank you for confirming Eric.

Regards,

Ivan Matheus
Departmental Employee Relations Representative
Los Angeles County Public Works
Office: (626) 458-2106

---

**From:** Eric Batman <EBATMAN@dpw.lacounty.gov>
**Sent:** Wednesday, June 5, 2024 12:09 PM
**To:** analisa <analisa@capeunion.org>; Ivan Matheus <IMatheus@dpw.lacounty.gov>
**Cc:** Alexander Mohajer <AMohajer@dpw.lacounty.gov>
**Subject:** RE: [External] E. BATMAN GRIEVANCE

Afternoon Everyone,

I'm ok to waive the step II meeting and advancing to step III.

Thank you,

Eric Batman, P.E.
Senior Civil Engineer
Los Angeles County Public Works
Office (626) 458 - 6308

---

**From:** Analisa Alvarez <analisa@capeunion.org>
**Sent:** Wednesday, June 5, 2024 10:46 AM
**To:** Ivan Matheus <IMatheus@dpw.lacounty.gov>; Eric Batman <EBATMAN@dpw.lacounty.gov>
**Cc:** Alexander Mohajer <AMohajer@dpw.lacounty.gov>
**Subject:** RE: [External] E. BATMAN GRIEVANCE

CAUTION: External Email. Proceed Responsibly.

Good Morning Ivan,

CAPE is in agreement with waiving the step II meeting so long as Mr. Batman is in agreement.

Thank You,

Analisa Alvarez
Business Agent
CAPE, AFL-CIO
Phone: (626)243-0340

**From:** Ivan Matheus <IMatheus@dpw.lacounty.gov>
**Sent:** Wednesday, June 05, 2024 10:33 AM
**To:** Analisa Alvarez <analisa@capeunion.org>; Eric Batman <EBATMAN@dpw.lacounty.gov>
**Cc:** Alexander Mohajer <AMohajer@dpw.lacounty.gov>
**Subject:** RE: [External] E. BATMAN GRIEVANCE

Good morning Analisa,

Per our discussion, Mr. Batman has informed us he will be represented by CAPE in this grievance.
As discussed, please let me know if you and Mr. Batman are in agreement with waiving the second
level and advancing to step three.

Thank you.

Regards,

Ivan Matheus
Departmental Employee Relations Representative
Los Angeles County Public Works
Office: (626) 458-2106

**From:** Ivan Matheus
**Sent:** Wednesday, June 5, 2024 8:35 AM
**To:** analisa <analisa@capeunion.org>
**Cc:** Alexander Mohajer <AMohajer@dpw.lacounty.gov>
**Subject:** E. BATMAN GRIEVANCE

Good morning Analisa,

Can you please give me a call at your earliest convenience.
I would like to discuss the attached grievance for Eric Batman.

Thank you in advance.

Regards,

Ivan Matheus
Departmental Employee Relations Representative
Los Angeles County Public Works
Office: (626) 458-2106

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this
email as spam.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

# GRIEVANCE FORM

**PLEASE COMPLETE FORM PRIOR TO SUBMISSION.  INCOMPLETE FORM WILL BE RETURNED.**
(See instructions on the back of this page)

Employee's Name:  __Eric Batman__          Title:  __Senior Civil Engineer__

Division:  __Stormwater Engineering__          Union:  __CAPE__          Bargaining Unit:  __502__

Employee's Representative:  _____

Please cite MOU violation (Please refer to applicable MOU grievance procedure at http://intranet/hrd/union):
Unit 502 MOU Article 6, "Discrimination", and Article 32 "Management Rights"
**Please attach statement of grievance and desired outcome.**

| | | | |
|---|---|---|---|
| Discussed informally with: | Sami Kabar | on | 6/4/24 |
| | Immediate Supervisor's Name | | Date |
| Signature of Employee: | _(signature)_ | Date: | 6/4/24 |

---

## STEP I. IMMEDIATE SUPERVISOR'S RESPONSE

Date Received by Supervisor:  __6/4/2024__

**Please attach summary of facts and decision.**

\* Unable to resolve at this level

Print Name:  __SAMI KABAR__          Title:  __Principal Engineer__

Signature:  _(signature)_          Date:  __6/5/2024__

DATE EMPLOYEE GIVEN COMPLETED ORIGINAL FORM:  __6/5/2024__  By:  __Sami Kabar__
(Forward copy to Employee Relations)                                         Name

*If employee wishes to appeal the decision, he/she must submit the original grievance to his/her Division Head within the time limits specified in the grievance procedure outline, noting the date submitted.*

---

## STEP II. DIVISION HEAD / DESIGNEE'S RESPONSE

Date Received Division Head:  __n/a__

**Please attach summary of facts and decision.**          Step 2 waived through mutual agreement

Signature:  __n/a__          Title:  __n/a__          Date:  __n/a__

DATE EMPLOYEE GIVEN COMPLETED ORIGINAL FORM:  _____  By:  __n/a__
(Forward copy to Employee Relations)                                         Name

*If employee wishes to appeal the decision, he/she must submit the original grievance to the **Administrative Deputy Director** within the time limits specified in the grievance procedure outline, noting the date submitted.*

---

## STEP III. DIRECTOR / DESIGNEE

Date Received by Deputy:  __June 20, 2024__

**Please attach summary of facts and decision.**

Signature:  _(signature)_          Title:  __Deputy Director__          Date:  __June 20, 2024__

DATE EMPLOYEE GIVEN COMPLETED ORIGINAL FORM:  __6/20/2024__  By:  __Alex Mohajer__
(Forward copy to Employee Relations)                                         Name

**Please Note:** This form must be signed by the person delivering this grievance response to the employee at all levels.  Please forward a **copy** to the Employee Relations officer, Human Resources Division.  Thank you.

60-0052  DPW Rev. 04/07

## GRIEVANCE PROCEDURE OUTLINE

### INFORMAL DISCUSSION

Complaint of employee discussed informally with the supervisor. The supervisor should obtain as much detail as possible from the employee, listen patiently, and try to settle the complaint. If the matter is not resolved, the employee may proceed with a formal written grievance.

### FORMAL GRIEVANCE

**Step I:** Immediate Supervisor

Grievance must be filed within the time limits of the occurrence of the matter being grieved. **The employee must state specifically the nature of his/her complaint, what rule, regulation or provision of MOU was violated and the outcome desired**. After discussing the grievance with his/her supervisor, the supervisor shall submit a written decision to the employee within the time limits.

**Step II:** Division Head/Designee

Within the time limits, the employee may pursue the grievance to the second level. The Division Head/Designee shall meet and discuss the grievance with the employee, investigate charges or claims made, review the grievance with the immediate supervisor and other appropriate persons, and render a written decision within the time limits. The employee may be assisted by his/her representative.

**Step III:** Director / Designee

Within the time limits, the employee may pursue the grievance to the Director of Public Works or his Designee. The Director/Designee shall make a thorough review of the grievance, meet with the parties involved, and render a written decision within the time limits. The Director's decision is final on matters not subject to arbitration.

| UNION | INFORMAL Verbal | | FORMAL Grievance form | | | | | |
| | *Time Limits | | Step I | | Step II | | Step III | |
| | | | (1) | (2) | (1) | (2) | (1) | (2) |
| | Discuss | Respond | File | Respond | File | Respond | File | Respond |
| **AFSCME** 421 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| **Building Trades** 411, 412 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| **CAPE** 501, 502, 511, 512 | 5 | 7 | 10 | 10 | 10 | 10 | 10 | 10 |
| **Local 721** 111,112,121, 122,431, 432 | - | - | 10 | 10 | 10 | 10 | 10 | 10 |
| **Plant Opt'g Engrs.** 401 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |

*Time limits are business days.
- Business days within which a written grievance must be filed at the appropriate level.
- Business days within which management must respond to the written grievance.

### Grievance Statement

My request to be accommodated by allowing me to telework additional days during the month of June due to the County's decision to prominently fly the pride flag near the main entrance of Public Works headquarters building, which conveys a message and ideology that is in direct opposition to my deeply held religious beliefs and is therefore highly offensive, was wrongfully denied.  Currently, I telework one day a week (typically on Monday's), and report to Public Works' headquarters building the remaining three days a week.  While the pride flag is flown in June, each morning I am subjected to its message and ideology immediately when I first enter the building, each time I exit and then re-enter the building for a short walk during pre-determined break periods, each time I exit and then re-enter the building at lunch, and finally when I exit the building to go home each evening.  Being exposed to this symbol displayed in such a highly visible location at Public Works headquarters building multiple times throughout each working day negatively impacts my ability perform my work and results in a hostile work environment. Denying my accommodation request based upon the information provided herein qualifies as discrimination based on religious opinions or affiliations per Article 6 of the Unit 502 MOU.

### Violation

Unit 502 MOU Article 6 "Discrimination" and Article 32 "Management Rights"

### Desired Outcome

Approve my request to telework during the timeframe that the pride flag is displayed at Public Works headquarters building (i.e., month of June) so that I can continue to perform at a high level and not have to deal with the undue additional mental stresses associated with the image presented by the pride flag.

**ERIC BATMAN**
**SENIOR CIVIL ENGINEER**
**EMPLOYEE NO. 487783**
**CAPE BU 502**

**Third Level Grievance Response – Accommodation Request**

On June 18, 2024, we met with you via teleconference to discuss the grievance you submitted on June 4, 2024, regarding the denial of your reasonable accommodation request. Alex Mohajer and Ivan Matheus from Human Resources Division participated, along with your CAPE representative, Analisa Alvarez.

## Summary

On May 30, 2024, you requested a telework accommodation for the entire month of June because of the County's observed practice of flying the LGBTQ+ Pride Flag at County facilities throughout the month, including at DPW Headquarters. In your request, you stated that the "pride flag represents and conveys a message along with an ideology that is in direct opposition to [your] deeply held religious beliefs."

On June 4, 2024, your supervisor, Sami Kabar, denied your accommodation request and welcomed you to enter the building through the rear entrance where the flag is not present. You were offered a Worker's Compensation packet, which you declined. On June 5, 2024, you and you and your representative agreed to waive this grievance to the third level.

During the grievance meeting, you read your original grievance statement and went on to read the definition of the Rainbow flag from Wikipedia, which is described as "a symbol of LGBT pride and LGBT social movements." You advised that last year, you teleworked for the month of June, but not related to any accommodation request.

## Remedy Requested

Your requested remedy includes the following:
- To approve telework during the timeframe that the Pride Flag is displayed at Public Works Headquarters (i.e., the month of June).

## Conclusion

After consideration of the information that you presented during your grievance, I have determined that the facts presented did not show that your accommodation request was reasonable. The County and Department are committed to fostering an inclusive workplace, including for our LGBTQ+ employees, and you were provided the opportunity to use an alternative entrance if you find the flag objectionable. Your previous telework schedule in June 2023 was due to the building being under construction.

Therefore, your grievance is denied.

Since you expressed that the Pride flag has caused you some distress, I want to ensure that you are afforded the opportunity to participate in the County's Employee Assistance Program (EAP),

AM
P:\hrpub\EMPLOYEE RELATIONS\Grievances\2024\E. Batman

Third Level Grievance Response
Mr. Arden Ebalo
Page 2

which assists employees who are navigating difficult or stressful work or life moments with counseling services. The program is entirely optional, but if you choose to participate you can book your first appointment on County time so long as you give advance notice to your supervisor. Everything discussed at an EAP session is kept confidential and can be a helpful resource. You can learn more by visiting the EAP website here: MyHR » Employee Assistance Program (lacounty.gov).

_____June 20, 2024_____
**Date**

_____
 Steve Burger
**Deputy Director**

AM
P:\hrpub\EMPLOYEE RELATIONS\Grievances\2024\E. Batman