| | |
|---|---|
| **From:** | Eric Batman <EBATMAN@dpw.lacounty.gov> |
| **Sent:** | Friday, June 6, 2025 12:47 PM |
| **To:** | Eric Batman |
| **Subject:** | FW: June 2025 Accommodation Request |
| **Attachments:** | 2025_06_02_EBatman Request for Religious Accommodation Form.pdf; Batman Interactive Meeting Notes - 6.3.2025.pdf; Parking Image 1.jpg |

**From:** Kathy Salama <KSALAMA@dpw.lacounty.gov>
**Sent:** Thursday, June 5, 2025 7:31 PM
**To:** Eric Batman <EBATMAN@dpw.lacounty.gov>
**Cc:** Sterling Klippel <SKLIPPEL@dpw.lacounty.gov>; Sami Kabar <SKABAR@dpw.lacounty.gov>; Ricardo Castaneda <RiCastaneda@dpw.lacounty.gov>
**Subject:** RE: June 2025 Accommodation Request

Hi Eric,

Your request to telework for the month of June was denied, and the following accommodations are available for you.

- Reserved parking in front of the Annex for the month of June. If facing the Annex, there is an unmarked spot with a reserved cone that is two spots to the left of space number 1143. See attached photo.
- Enter HQ through the Community Terrace to avoid walking past the Pride Flag.

Additionally, I am attaching the notes from our interactive meeting. Please review and sign, and send back to me by COB on Tuesday, June 10, 2025, and then the rest of us will sign. If I don't receive a response by COB June 10, I will assume the notes are good as is. Please let me know if you have any questions. Thank you.

Kathy Salama
Administrative Services Manager III
Los Angeles County Public Works
Office: (626) 458-2147
Cell: (626) 759-6465

**From:** Kathy Salama
**Sent:** Tuesday, June 3, 2025 4:45 PM
**To:** Eric Batman <EBATMAN@dpw.lacounty.gov>
**Cc:** Sterling Klippel <SKLIPPEL@dpw.lacounty.gov>; Sami Kabar <SKABAR@dpw.lacounty.gov>
**Subject:** RE: June 2025 Accommodation Request

Hi Eric,

I'll send you an invite for 5 PM today. Thanks.

Kathy Salama
Administrative Services Manager III
Los Angeles County Public Works
Office: (626) 458-2147
Cell: (626) 759-6465

---

**From:** Eric Batman <EBATMAN@dpw.lacounty.gov>
**Sent:** Tuesday, June 3, 2025 4:05 PM
**To:** Kathy Salama <KSALAMA@dpw.lacounty.gov>
**Cc:** Sterling Klippel <SKLIPPEL@dpw.lacounty.gov>; Sami Kabar <SKABAR@dpw.lacounty.gov>
**Subject:** RE: June 2025 Accommodation Request

Afternoon Kathy,

My working hours are 7:15 am until 6 pm.

Thank you,

Eric Batman, P.E.
Senior Civil Engineer
Los Angeles County Public Works
Office (626) 458 - 6308

---

**From:** Kathy Salama <KSALAMA@dpw.lacounty.gov>
**Sent:** Tuesday, June 3, 2025 4:03 PM
**To:** Eric Batman <EBATMAN@dpw.lacounty.gov>
**Cc:** Sterling Klippel <SKLIPPEL@dpw.lacounty.gov>; Sami Kabar <SKABAR@dpw.lacounty.gov>
**Subject:** RE: June 2025 Accommodation Request

Hi Eric,

What are your working hours so I can see if I can make it happen after my meetings today or first thing in the morning.

Kathy Salama
Administrative Services Manager III
Los Angeles County Public Works
Office: (626) 458-2147
Cell: (626) 759-6465

---

**From:** Eric Batman <EBATMAN@dpw.lacounty.gov>
**Sent:** Tuesday, June 3, 2025 3:47 PM
**To:** Kathy Salama <KSALAMA@dpw.lacounty.gov>
**Cc:** Sterling Klippel <SKLIPPEL@dpw.lacounty.gov>; Sami Kabar <SKABAR@dpw.lacounty.gov>
**Subject:** RE: June 2025 Accommodation Request

Afternoon Kathy,

I would like to meet as soon as possible, and I'm available the rest of the day.  Can you please let me know who will be attending the interactive meeting?

Thank you,

Eric Batman, P.E.
Senior Civil Engineer
Los Angeles County Public Works
Office (626) 458 - 6308

---

**From:** Kathy Salama <KSALAMA@dpw.lacounty.gov>
**Sent:** Tuesday, June 3, 2025 3:16 PM
**To:** Eric Batman <EBATMAN@dpw.lacounty.gov>
**Cc:** Sterling Klippel <SKLIPPEL@dpw.lacounty.gov>; Sami Kabar <SKABAR@dpw.lacounty.gov>
**Subject:** FW: June 2025 Accommodation Request

Hi Eric,

I received the email below and your request to telework during Pride Month. Please let me know when you are available to have an interactive meeting to discuss your request. Thank you.

Kathy Salama
Administrative Services Manager III
Los Angeles County Public Works
Office: (626) 458-2147
Cell: (626) 759-6465

Begin forwarded message:

> **From:** Eric Batman <EBATMAN@dpw.lacounty.gov>
> **Date:** May 29, 2025 at 6:28:07 PM PDT
> **To:** Sami Kabar <SKABAR@dpw.lacounty.gov>
> **Subject: June 2025 Accommodation Request**
>
> Afternoon Sami,
>
> In 2024, I made a request covered by Title VII of the Civil Rights Act of 1964, for a reasonable accommodation of my religious beliefs about sexuality and morality, that I would be permitted to telework during the County's celebration of what the County calls "Pride."  The County celebrates "Pride" for a month by flying a "Pride" flag. The flag has six colored stripes which stand for various expressions of sexuality that are sinful according to my religion. Being forced to participate in the County's celebration of sinful sexuality by working under this flag and being forced to look at it in order to come to work violates my religious beliefs.
>
> I have been permitted to telework in the past for secular reasons. I currently telework on Mondays. The County accommodates the religious beliefs of others with telework. In 2023, the County officially recognized month-long telework as a reasonable

3

accommodation for the religious beliefs of observant Muslims for their faith's month-long observance of Ramadan.

As set forth in the Spring 2023 CAPE newsletter:

> *Muslim employees... requested a temporary religious accommodation to fully Telework during the month of Ramadan and were approved!*
>
> *...Given the physical and mental demands of daily fasting and nightly prayers and the need to stay focused on those religious obligations, Teleworking full-time allows Muslim employees...to better manage our limited energy levels and observe our religious practices while allowing us to fulfill our daily job responsibilities in serving the public.*
>
> *...Utilizing ❶ the recently approved CAPE contract/MOU that secures expanded Telework opportunities, ❷ Title VII of the Civil Rights Act of 1964 that protects the right to religious accommodations, and ❸ L.A. County DPW's "Work From Home" Guidelines—while also referencing the fact that Muslim employees were able to fully Telework the last three Ramadans between 2020 and 2022—...Muslim employees were successfully granted our accommodation by HR and department administration.*
>
> *We were successful, but it took work. It wasn't a smooth process and at times we were met with premature rejections (even some without justification), inadequate alternative accommodations (that required us to use our own time and negatively impact operations), and multiple interactive process meetings with department admin and HR. We hope this victory and what we endured to gather these accommodations set the precedent for similar religious accommodations going forward.*

I again reiterate my request for permission to telework for a month in observance of my own religious beliefs while the County engages in its month-long celebration of "Pride." This celebration is sinful according to my faith and God's commands. God's word requires me to not participate in celebrations of activity that God's Word describes as sinful. There is no undue hardship for the County in me teleworking.

God's Word, the Bible contains the commands of God to his followers. The Bible recognizes the rainbow as a unique possession of God. The Bible describes "pride" as a great sin. The Bible command God's followers to forsake pride and to avoid sinful celebrations. The Bible commands the followers of God to be separated from sinful practices.

1. Genesis 9:13 - "I have set my rainbow in the clouds, and it will be the sign of the covenant [of God]."

2. Leviticus 18:3 - "You shall not do as they do in the land...where you lived, and you shall not do as they do in the land... to which I am bringing you. You shall not walk in their statutes."
3. Numbers 16:21 - "Separate yourselves from among this congregation..."
4. Deuteronomy 12:31 - "Thou shalt not do so unto the Lord thy God: for every abomination to the Lord, which he hateth, have they done..."
5. Deuteronomy 13:4 - "Ye shall walk after the Lord your God, and fear him, and keep his commandments, and obey his voice, and ye shall serve him, and cleave unto him."
6. Proverbs 8:13 - "The fear of the LORD [is] to hate evil: pride, and arrogancy..."
7. Proverbs 11:2 - "[When] pride cometh, then cometh shame..."
8. Isaiah 28:1 - "Woe to the crown of pride..."
9. Ezekiel 16:49 - "Behold, this was the iniquity of thy sister Sodom, pride..."
10. Daniel 3:18 - "...be it known unto thee, O king, that we will not serve thy gods, nor worship the golden image which thou hast set up."
11. Romans 13:13 - "Let us walk properly, as in the day, not in revelry and drunkenness, not in lewdness and lust, not in strife and envy."
12. 2 Corinthians 6:17 - "Wherefore come out from among them, and be ye separate, saith the Lord, and touch not the unclean thing; and I will receive you."
13. James 4:6: - "God resists the proud, but gives grace unto the humble."
14. 1 John 2:16 - "For all that is in the world, the lust of the flesh, and the lust of the eyes, and the pride of life, is not of the Father, but is of the world."
15. Revelation 4:3 - "there was a rainbow round about the throne [of God]."

I list these verses to show that my religious beliefs prohibiting me from participating in the County's celebration of "Pride" are sincere. I again respectfully request permission to telework while the County engages in its month-long celebration that is inconsistent with my religious beliefs.

Eric Batman, P.E.
Senior Civil Engineer
Los Angeles County Public Works
Office (626) 458 - 6308