Name and address:

Nicolai Cocis
Law Office of Nicolia Cocis
25026 Las Brisas Road
Murietta, CA 92562

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ERIC BATMAN | | |
|---|---|---|
| | Plaintiff(s), | CASE NUMBER |
| | | 2:26-cv-02525 |
| v. | | |
| LOS ANGELES COUNTY, et al. | | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| | Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $450 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $450 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Schmid, Daniel J.
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*                    *check here if federal government attorney* ☐

Liberty Counsel
_____
*Firm/Agency Name*

| P.O. Bx 540774 | 407-875-1776 | 407-875-0770 |
|---|---|---|
| *Street Address* | *Telephone Number* | *Fax Number* |

| Orlando, FL 32854 | dschmid@lc.org |
|---|---|
| *City, State, Zip Code* | *E-mail Address* |

**I have been retained to represent the following parties:**

| Eric Batman | ☑ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____ |
|---|---|
| _____ | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| See attached | | |
| | | |
| | | |

G-64 (10/25)      APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*      Page 1 of 3

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:25-cv-7870 | Donnelly v. City of Los Angeles, et al. | 8/26/25 | Granted |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.

(2)  I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.

(3)  I am not currently suspended from and have never been disbarred from practice in any court.

(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.

(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  3/10/26

Daniel J. Schmid
*Applicant's Name (please type or print)*

*Daniel J. Schmid*
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Cocis, Nicolai

*Designee's Name (Last Name, First Name & Middle Initial)*

Law Offices of Nicolai Cocis

*Firm/Agency Name*

25026 Los Brisas Rd.

*Street Address*

Murietta, CA 92562

*City, State, Zip Code*

(951)695-1400

*Telephone Number*                    *Fax Number*

nic@cocislaw.com

*Email Address*

204703

*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated  3/10/26

Nicolai Cocis

*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **DANIEL JOSEPH SCHMID** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  **DANIEL JOSEPH SCHMID** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 12, 2012**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued August 29, 2025

DaVida M. Davis
**Director of Regulatory Compliance**

COURTS ADMITTED: DANIEL J. SCHMID

VIRGINIA BAR # 84415

Virginia State Supreme Court (10/29/2012)

All Virginia State Courts (10/29/2012)

U.S. Court of Appeals for the First Circuit – admitted 06/16/17

U.S. Court of Appeals for the Second Circuit – admitted 11/02/17

U.S. Court of Appeals for the Third Circuit - admitted 11/18/13

U.S. Court of Appeals for the Fourth Circuit - admitted 02/05/18

U.S. Court of Appeals for the Fifth Circuit - admitted 08/10/23

U.S. Court of Appeals for the Sixth Circuit - admitted 09/18/23

U.S. Court of Appeals for the Seventh Circuit - admitted 04/30/20

U.S. Court of Appeals for the Eighth Circuit - admitted 6/5/14

U.S. Court of Appeals for the Ninth Circuit - admitted 12/13/12

U.S. Court of Appeals for the Tenth Circuit - admitted 09/30/20

U.S. Court of Appeals for the Eleventh Circuit - admitted 03/07/22

U.S. District Court for the Western District of Virginia - admitted 4/24/14

U.S. District Court for the Southern District of Indiana – admitted 05/12/17

U.S. District Court for the Eastern District of Virginia – admitted 08/17

U.S District Court for the Northern District of Indiana – admitted 02/12/19

U.S. District Court for the Southern District of Indiana – admitted 05/12/17

STATUS IS ACTIVE IN ALL COURTS.

Name and address:
Nicolai Cocis
Law Office of Nicolai Cocis
25026 Las Brisas Road
Murietta, CA 92562

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Batman<br><br>                    v.                    Plaintiff(s) | CASE NUMBER<br><br>2:26-cv-02525 |
| Los Angeles County, et al.<br><br>                                        Defendant(s). | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Schmid, Daniel J.                                                 of

*Applicant's Name (Last Name, First Name & Middle Initial)*

407-875-1776                          407-875-0770

*Telephone Number*          *Fax Number*

dschmid@lc.org

*E-Mail Address*

LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Eric Batman

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Cocis, Nicolai                                                 of

*Designee's Name (Last Name, First Name & Middle Initial)*

204703                  (951) 695 1400

*Designee's Cal. Bar No.*   *Telephone Number*     *Fax Number*

nic@cocislaw.com

*E-Mail Address*

Law Office of Nicolai Cocis
25026 Las Brisas Road
Murietta, CA 92562

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

　　　　　☐ for failure to complete Application: _____

　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**

G–64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*          Page 1 of 1