# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BATMAN | CASE NUMBER: |
| PLAINTIFF(S) | 2:26–cv–02525–WLH–ADS |
| v. | |
| LOS ANGELES COUNTY , et al. | |
| DEFENDANT(S). | **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 3/10/2026 | 1 | Complaint |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Attachment 12 Civil Cover Sheet should be e–filed separately. The event is located under Civil Events – Other Filings – Miscellaneous Filings and select Civil Cover Sheet (CV–71). Attachment 13, 14 and 15 should have been e–filed separately and under the correct event, however the Summons(es) have now been issued.

Clerk, U.S. District Court

– NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING –

Dated:  March 13, 2026                     By:  /s/ Carmen Lujan  Carmen_Lujan@cacd.uscourts.gov
                                                Deputy Clerk

– NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING –