NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

CLEAR FORM

LAW OFFICES OF NICOLAI COCIS, Nicolai Cocis (20470
nic@cocislaw.com; 25026 Las Brisas Rd.; Murrieta, CA 92
Phone: 951-695-1400
Liberty Counsel, Mathew D. Staver, Horatio G. Mihet, Dani
Schmid, PO Box 540774; Orlando, FL 32854; (407) 875-17

ATTORNEY(S) FOR:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Batman<br><br>Plaintiff(s),<br>v.<br><br>Los Angeles County; Los Angeles County Department of Public Works; Mark Pestrella<br><br>Defendant(s) | CASE NUMBER:<br><br>2:26-cv-02525-WLH-ADS<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                                  Eric Batman

or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| (1) Eric Batman | (1) Plaintiff |
| (2) Liberty Counsel | (2) Counsel of Record for Plaintiff |
| (3) Mathew D. Staver | (3) Counsel of Record for Plaintiff |
| (4) Horatio G. Mihet | (4) Counsel of Record for Plaintiff |
| (5) Daniel J. Schmid | (5) Counsel of Record for Plaintiff |
| (6) Law Offices of Nicolai Cocis | (6) Counsel of Record for Plaintiff |
| (7) Nicolai Cocis | (7) Counsel of Record for Plaintiff |
| (8) Los Angeles County | (8) Defendant |
| (9) Los Angeles County Department of Public Works | (9) Defendant |
| (10) Mark Pestrella | (10) Defendant |

3/13/2026

Date

/s/ Nic Cocis and /s/ Daniel J. Schmid

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff