# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BATMAN<br><br>Plaintiff(s),<br><br>v.<br><br>LOS ANGELES COUNTY, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:26−cv−02525−WLH−ADS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

 3/18/2026     19       Application of Non−Resident Attorney to Appear in a Specific Case Pro Hac Vice
Date Filed    Doc. No.    Title of Doc.

**ERROR(S) WITH DOCUMENT:**

Local Rule 83−2.1.3.3(d) Attached Certificate of Good Standing not issued within 30 days prior to filing of the application.

Other:

**Note:    In response to this notice, the Court may: 1) deny the Application; 2) order an amended or corrected document to be filed; 3) order the document stricken; or 4) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: March 18, 2026          By: /s/ *Audree Sellarole  audree_sellarole@cacd.uscourts.gov*
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112C(10/25)    Notice to Filer of Deficiencies in Electronically Filed Pro Hac Vice Application