POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Matthew D. Staver<br>LIBERTY COUNSEL<br>P.O. Box 540774   Orlando, FL 32854<br><br>TELEPHONE NO.: (407) 875-1776 \| FAX NO. (407) 876-0770 \| E-MAIL ADDRESS *(Optional):* mstaver@lc.org<br>ATTORNEY FOR *(Name):* Plaintiff: ERIC BATMAN | |

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

STREET ADDRESS: 350 W 1ST STREET

MAILING ADDRESS:

CITY AND ZIP CODE: LOS ANGELES, CA 90012

BRANCH NAME: LOS ANGELES

| PLAINTIFF:  ERIC BATMAN | CASE NUMBER: |
|---|---|
| DEFENDANT:  LOS ANGELES COUNTY; ET. AL. | 2:26-cv-02525-WLH-ADS |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>8180464 |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:

 a. ☑ Summons
 b. ☑ Complaint
 c. ☐ Alternative Dispute Resolution (ADR) package
 d. ☑ Civil Case Cover Sheet  *(served in complex cases only)*
 e. ☐ Cross-complaint
 f. ☑ other  **NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; PROPOSED ORDER GRANTING PRELIMINARY INJUNCTION;**

3. a.  Party served *(specify name of party as shown on documents served):*

 **LOS ANGELES COUNTY DEPARTMENT OF PUBLIC WORKS c/o ERIC PESTRELLA**

 b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

 **JANET UNDERWOOD - AUTHORIZED TO ACCEPT - SECRETARY**

| Age: 40 | Weight: 170 | Hair: BLACK | Sex: Female |
|---|---|---|---|
| Height: 5'5 | Eyes: | Race: HISPANIC | |

4. Address where the party was served:  **900 S Fremont Ave**
 **Alhambra, CA 91803**

5. I served the party
 a. ☑ **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **5/18/2026**    (2) at *(time):* **12:05 PM**

 b. ☐ **by substituted service.** On *(date):*  at  *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

 (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

 (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

 (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

 (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):*   from *(city):*                          **or** ☐  a declaration of mailing is attached.

 (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br><br>**POS010-1/271351** |
|---|---|---|

| PETITIONER:  ERIC BATMAN | CASE NUMBER: |
|---|---|
| RESPONDENT:  LOS ANGELES COUNTY; ET. AL. | 2:26-cv-02525-WLH-ADS |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                                       *(2) from (city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☑ On behalf of *(specify):* **LOS ANGELES COUNTY DEPARTMENT OF PUBLIC WORKS**
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☑ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

a. Name: **ERIC WILKINS - VERITEXT**

b. Address: **800 N. MAGNOLIA AVE  ORLANDO, FL 32803**

c. Telephone number: **(800) 275-7991**

d. The fee  for service was:

e. I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☑ registered California process server:

        (i) ☐ owner     ☐ employee     ☑ independent contractor.

        (ii) Registration No.: **2012208220**

        (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **5/19/2026**

**VERITEXT
800 N. MAGNOLIA AVE
ORLANDO, FL 32803   | (800) 275-7991**

| | |
|---|---|
| **ERIC WILKINS** | ► *E. Wilkins* (signature) |
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | |