POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Matthew D. Staver<br>LIBERTY COUNSEL<br>P.O. Box 540774  Orlando, FL 32854<br><br>TELEPHONE NO.: (407) 875-1776 \| FAX NO. (407) 876-0770 \| E-MAIL ADDRESS *(Optional):* mstaver@lc.org<br>ATTORNEY FOR *(Name):* Plaintiff: ERIC BATMAN | |

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

STREET ADDRESS: 350 W 1ST STREET

MAILING ADDRESS:

CITY AND ZIP CODE: LOS ANGELES, CA 90012

BRANCH NAME: LOS ANGELES

| PLAINTIFF:  ERIC BATMAN | CASE NUMBER: |
|---|---|
| DEFENDANT:  LOS ANGELES COUNTY; ET. AL. | 2:26-cv-02525-WLH-ADS |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>8180457 |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:

  a. ☑ Summons
  b. ☑ Complaint
  c. ☐ Alternative Dispute Resolution (ADR) package
  d. ☑ Civil Case Cover Sheet  *(served in complex cases only)*
  e. ☐ Cross-complaint
  f. ☑ other  **NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; PROPOSED ORDER GRANTING PRELIMINARY INJUNCTION;**

3. a. Party served *(specify name of party as shown on documents served):*
**LOS ANGELES COUNTY DEPARTMENT OF PUBLIC WORKS**

  b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
**ERIC PESTRELLA - DIRECTOR**

4. Address where the party was served:  **900 S Fremont Ave**
    **Alhambra, CA 91803**

5. I served the party
  a. ☐ **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*    (2) at *(time):*

  b. ☑ **by substituted service.** On *(date):* **5/18/2026**  at  *(time):* **12:05 PM**  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
**JANET UNDERWOOD - SECRETARY**

    Age: 40    Weight: 170    Hair: BLACK    Sex: Female
    Height: 5'5    Eyes:    Race: HISPANIC

    (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

    (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

    (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

    (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):*    from *(city):*    or ☑ a declaration of mailing is attached.

    (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | |
|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | Code of Civil Procedure, § 417.10 |
| **PROOF OF SERVICE OF SUMMONS** | **POS010-1/271355** |

PETITIONER: **ERIC BATMAN**

RESPONDENT: **LOS ANGELES COUNTY; ET. AL.**

| | CASE NUMBER: |
|---|---|
| | **2:26-cv-02525-WLH-ADS** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                      *(2) from (city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☑ On behalf of *(specify):* **LOS ANGELES COUNTY DEPARTMENT OF PUBLIC WORKS**
   under the following Code of Civil Procedure section:

   ☐ 416.10 (corporation)                 ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)           ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
   ☑ 416.50 (public entity)                ☐ 415.46 (occupant)
                                    ☐ other:

7. **Person who served papers**

a. Name: **ERIC WILKINS - VERITEXT**

b. Address: **800 N. MAGNOLIA AVE  ORLANDO, FL 32803**

c. Telephone number: **(800) 275-7991**

d. The fee for service was:

e. I am:

   (1) ☐ not a registered California process server.

   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

   (3) ☑ registered California process server:
      (i) ☐ owner       ☐ employee      ☑ independent contractor.
      (ii) Registration No.: **2012208220**
      (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

   Date: **5/19/2026**

   **VERITEXT**
   **800 N. MAGNOLIA AVE**
   **ORLANDO, FL 32803  | (800) 275-7991**

   **ERIC WILKINS**                 ▶     *E. Wi~~~*
   (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

| Attorney or Party without Attorney: | | |
|---|---|---|
| Matthew D. Staver<br>LIBERTY COUNSEL<br>P.O. Box 540774<br>Orlando, FL 32854<br>*TELEPHONE No.:* (407) 875-1776 | *E-MAIL ADDRESS (Optional):* mstaver@lc.org<br>*FAX No. (Optional):* (407) 876-0770 | FOR COURT USE ONLY |

*Attorney for:* Plaintiff ERIC BATMAN

*Ref No. or File No.:*
8180457

*Insert name of Court, and Judicial District and Branch Court:*

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES

*Plaintiff:* ERIC BATMAN

*Defendant:* LOS ANGELES COUNTY; ET. AL.

| PROOF OF SERVICE<br>BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:26-cv-02525-WLH-ADS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occured.

2. I served copies of the Summons; Complaint; Civil Case Cover Sheet (served in complex cases only); NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; PROPOSED ORDER GRANTING PRELIMINARY INJUNCTION;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at WESTMINSTER, CA, California, addressed as  follows:

    a. Date of Mailing:         5/19/2026
    b. Place of Mailing:        WESTMINSTER, CA,
    c. Addressed as follows:    ATTN: ERIC PESTRELLA
                                LOS ANGELES COUNTY DEPARTMENT OF PUBLIC WORKS
                                900 S Fremont Ave
                                Alhambra, CA 91803-1331

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be  deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at WESTMINSTER, CA, California in the ordinary course of  business.

Fee for Service:
**VERITEXT**
**800 N. MAGNOLIA AVE**
**ORLANDO, FL 32803**
**(800) 275-7991**
**Ref: 8180457**



I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 5/19/2026.

Signature:_____
ERIC WILKINS

**PROOF OF SERVICE BY MAIL**

**Order#: 271355/mailproof**