Avi Burkwitz, Esq., Bar No.: 217225
aburkwitz@pbbgbs.com
Gil Burkwitz, Esq., Bar No.: 289337
gburkwitz@pbbgbs.com
Vincent Contreras, Esq., Bar No. 340132
vcontreras@pbbgbs.com
**PETERSON BRADFORD BURKWITZ**
**GREGORIO BURKWITZ & SU, LLP**
100 North First Street, Suite 300
Burbank, California 91502
T: 818.562.5800
F: 818.562.5810

Attorneys for Defendants, COUNTY OF LOS ANGELES (also erroneously sued as LOS ANGELES COUNTY DEPARTMENT OF PUBLIC WORKS), LOS ANGELES COUNTY DEPARTMENT OF PUBLIC WORKS, and MARK PESTRELLA, in his Official Capacity as Director of Los Angeles Department of Public Works

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BATMAN,<br><br>                    Plaintiff,<br><br>          vs.<br><br>LOS ANGELES COUNTY; LOS ANGELES COUNTY DEPARTMENT OF PUBLIC WORKS, MARK PESTRELLA in his Official Capacity as Director of Los Angeles Department of Public Works,<br><br>                    Defendants. | Case No.: 2:26-cv-2525-WLH (ADSx)<br>Hon. Wesley L. Hsu<br><br>**DEFENDANTS, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY DEPARTMENT OF PUBLIC WORKS, AND MARK PESTRELLA'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br><br>Complaint Filed: March 10, 2026 |

**TO PLAINTIFF, BY AND THROUGH HIS ATTORNEYS OF RECORD:**

COMES NOW Defendants, COUNTY OF LOS ANGELES (also erroneously sued as Los Angeles County Department of Public Works), LOS ANGELES COUNTY DEPARTMENT OF PUBLIC WORKS, and MARK PESTRELLA, in his Official Capacity as Director of Los Angeles Department of Public Works (hereinafter "DEFENDANTS"), answer Plaintiff, ERIC BATMAN's (hereinafter

1

"Plaintiff") Complaint on file herein.  If an averment/allegation is not specifically admitted, it is hereby expressly denied.

## __ANSWER TO COMPLAINT__

1.  Answering Paragraph 1, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis, deny such allegations. Paragraph 1 further contains legal conclusions and arguments as to which no response is required.

2.  Answering Paragraph 2, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis, deny such allegations. Paragraph 2 further contains arguments as to which no response is required.

3.  Answering Paragraph 3, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis, deny such allegations. Paragraph 3 further contains legal conclusions and arguments as to which no response is required.

4.  Answering Paragraph 4, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis, deny such allegations. Paragraph 4 further contains legal conclusions and arguments as to which no response is required.

5.  Answering Paragraph 5, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis, deny such allegations. Paragraph 5 further contains legal conclusions and arguments as to which no response is required.

6.  Answering Paragraph 6, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis, deny such allegations. Paragraph 6 further contains legal conclusions and arguments as to which no response is required.

7. Answering Paragraph 7, Defendants lack sufficient knowledge or information

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

to form a belief concerning the truth of the factual allegations contained therein and, on that basis, deny such allegations. Paragraph 7 further contains legal conclusions and arguments as to which no response is required.

8. Answering Paragraph 8, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis, deny such allegations. Paragraph 8 further contains legal conclusions and arguments as to which no response is required.

9. Answering Paragraph 9, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis, deny such allegations. Paragraph 9 further contains legal conclusions and arguments as to which no response is required.

10. Answering Paragraph 10, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis, deny such allegations.  Paragraph 10 further contains legal conclusions and arguments as to which no response is required.

11. Answering Paragraph 11, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis, deny such allegations. Paragraph 11 further contains legal conclusions and arguments as to which no response is required.

12. Answering Paragraph 12, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis, deny such allegations. Paragraph 12 further contains legal conclusions and arguments as to which no response is required.

13. Answering Paragraph 13, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis, deny such allegations. Paragraph 13 further contains legal conclusions and arguments as to which no response is required.

14. Answering Paragraph 14, Defendants lack sufficient knowledge or

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

3

information to form a belief concerning the truth of the factual allegations contained therein and, on that basis, deny such allegations. Paragraph 14 further contains legal conclusions and arguments as to which no response is required.

15. Answering Paragraph 15, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis, deny such allegations. Paragraph 15 further contains legal conclusions and arguments as to which no response is required.

16. Answering Paragraph 16, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis, deny such allegations. Paragraph 16 further contains legal conclusions and arguments as to which no response is required.

17. Answering Paragraph 17, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis, deny such allegations. Paragraph 17 further contains legal conclusions and arguments as to which no response is required.

18. Answering Paragraph 18, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis, deny such allegations. Paragraph 18 further contains legal conclusions and arguments as to which no response is required.

19. Answering Paragraph 19, Defendants admit that Plaintiff is an employee of Los Angeles County Department of Public Works.  Defendants lack sufficient knowledge or information to form a belief concerning the truth of the remaining allegations.

20. Answering Paragraph 20, Defendant County of Los Angeles is and was a public entity under and by virtue of the laws of the State of California.  Defendant County of Los Angeles admits that Los Angeles County Department Public Work is a subsidiary of the County of Los Angeles.

21. Answering Paragraph 21, Defendant Los Angeles County Department of

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

4

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

Public Works admits that it is primarily responsible for the construction and operation of Los Angeles County's roads, building safety, sewage, and flood control and is headquartered in Alhambra, California.  The remaining allegations contain legal conclusions and arguments as to which no response is required.

22. Answering Paragraph 22, Defendant Mark Pestrella admits he is the Director of Los Angeles County  Department of Public Works.  The remaining allegations contain legal conclusions and arguments as to which no response is required.

23. Answering Paragraph 23 contains legal conclusions and arguments to which no response is required; however, based on the claim alleged, Defendants do not challenge the jurisdiction or venue of this matter.

24. Answering Paragraph 24, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis, deny such allegations.  Paragraph 24 further contains legal conclusions and arguments as to which no response is required.

25. Answering Paragraph 25 contains legal conclusions and arguments to which no response is required; however, based on the claim alleged, Defendants do not challenge the jurisdiction or venue of this matter.

26. Answering Paragraph 26 contains legal conclusions and arguments to which no response is required; however, based on the claim alleged, Defendants do not challenge the jurisdiction or venue of this matter.

27. Answering Paragraph 27, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis, deny such allegations.  Paragraph 27 further contains legal conclusions and arguments as to which no response is required.

28. Answering Paragraph 28, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis, deny such allegations.  Paragraph 28 further contains legal conclusions and arguments as to which no response is required.

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

29. Answering Paragraph 29, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis, deny such allegations.  Paragraph 29 further contains legal conclusions and arguments as to which no response is required.

30. Answering Paragraph 30, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations.

31. Answering Paragraph 31, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations.

32. Answering Paragraph 32, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations.

33. Answering Paragraph 33, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations.

34. Answering Paragraph 34, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations.

35. Answering Paragraph 35, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations.

36. Answering Paragraph 36, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations.

37. Answering Paragraph 37, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations.

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

38. Answering Paragraph 38, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations.

39. Answering Paragraph 39, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations.

40. Answering Paragraph 40, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 40 also contains arguments as to which no response is required.

41. Answering Paragraph 41, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 41 also contains arguments as to which no response is required.

42. Answering Paragraph 42, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 42 also contains arguments as to which no response is required.

43. Answering Paragraph 43, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 43 also contains arguments as to which no response is required.

44. Answering Paragraph 44, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 44 also contains arguments as to which no response is required.

45. Answering Paragraph 45, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 45 also contains arguments as to which no response is required.

46. Answering Paragraph 46, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 46 also contains arguments as to which no response is required.

47. Answering Paragraph 47, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 47 also contains arguments as to which no response is required.

48. Answering Paragraph 48, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 48 also contains arguments as to which no response is required.

49. Answering Paragraph 49, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 49 also contains arguments as to which no response is required.

50. Answering Paragraph 50, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 50 also contains arguments as to which no response is required.

51. Answering Paragraph 51, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 51 also contains arguments as to which no response is required.

52. Answering Paragraph 52, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 52 also contains arguments as to which no response is required.

53. Answering Paragraph 53, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 53 also contains arguments as to which no response is required.

54. Answering Paragraph 54, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 54 also contains arguments as to which no response is required.

55. Answering Paragraph 55, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 55 also contains arguments as to which no response is required.

56. Answering Paragraph 56, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 56 also contains arguments as to which no response is required.

57. Answering Paragraph 57, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 57 also contains arguments as to which no response is required.

58. Answering Paragraph 58, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 58 also contains arguments as to which no response is required.

59. Answering Paragraph 59, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

therein and, on that basis Defendants cannot admit or deny these allegations.

60. Answering Paragraph 60, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations.

61. Answering Paragraph 61, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations.

62. Answering Paragraph 62, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations.

63. Answering Paragraph 63, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations.

64. Answering Paragraph 64, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 64 further contains legal conclusions and arguments as to which no response is required.

65. Answering Paragraph 65, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 65 further contains legal conclusions and arguments as to which no response is required.

66. Answering Paragraph 66, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 66 further contains legal conclusions and arguments as to which no response is required.

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

10

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

67. Answering Paragraph 67, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 67 further contains legal conclusions and arguments as to which no response is required.

68. Answering Paragraph 68, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 68 further contains legal conclusions and arguments as to which no response is required.

69. Answering Paragraph 69, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 69 further contains legal conclusions and arguments as to which no response is required.

70. Answering Paragraph 70, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 70 further contains legal conclusions and arguments as to which no response is required.

71. Answering Paragraph 71, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 71 further contains legal conclusions and arguments as to which no response is required.

72. Answering Paragraph 72, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations.

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

11

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

Paragraph 72 further contains legal conclusions and arguments as to which no response is required.

73. Answering Paragraph 73, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 73 further contains legal conclusions and arguments as to which no response is required.

74. Answering Paragraph 74, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations.

75. Answering Paragraph 75, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 75 further contains legal conclusions and arguments as to which no response is required.

76. Answering Paragraph 76, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations.

77. Answering Paragraph 77, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 77 further contains legal conclusions and arguments as to which no response is required.

78. Answering Paragraph 78, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 78 further contains legal conclusions and arguments as to which no response is required.

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

79. Answering Paragraph 79, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 79 further contains legal conclusions and arguments as to which no response is required.

80. Answering Paragraph 80, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 80 further contains legal conclusions and arguments as to which no response is required.

81. Answering Paragraph 81, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 81 further contains legal conclusions and arguments as to which no response is required.

82. Answering Paragraph 82, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 82 further contains legal conclusions and arguments as to which no response is required.

83. Answering Paragraph 83, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 83 further contains legal conclusions and arguments as to which no response is required.

84. Answering Paragraph 84, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations.

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

Paragraph 84 further contains legal conclusions and arguments as to which no response is required.

85. Answering Paragraph 85, Defendants lack sufficient knowledge or Information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 85 further contains legal conclusions and arguments as to which no response is required.

86. Answering Paragraph 86, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 86 further contains legal conclusions and arguments as to which no response is required.

87. Answering Paragraph 87, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 87 further contains legal conclusions and arguments as to which no response is required.

88. Answering Paragraph 88, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 88 further contains legal conclusions and arguments as to which no response is required.

89. Answering Paragraph 89, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 89 further contains legal conclusions and arguments as to which no response is required.

90. Answering Paragraph 90, Defendants lack sufficient knowledge or

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 90 further contains legal conclusions and arguments as to which no response is required.

91. Answering Paragraph 91, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 91 further contains legal conclusions and arguments as to which no response is required.

92. Answering Paragraph 92, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 92 further contains legal conclusions and arguments as to which no response is required.

93. Answering Paragraph 93, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 93 further contains legal conclusions and arguments as to which no response is required.

94. Answering Paragraph 94, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 94 further contains legal conclusions and arguments as to which no response is required.

95. Answering Paragraph 95, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 95 further contains legal conclusions and arguments as to which no

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

15

response is required.

96. Answering Paragraph 96, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 96 further contains legal conclusions and arguments as to which no response is required.

97. Answering Paragraph 97, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 97 further contains legal conclusions and arguments as to which no response is required.

98. Answering Paragraph 98, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 98 further contains legal conclusions and arguments as to which no response is required.

99. Answering Paragraph 99, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 99 further contains legal conclusions and arguments as to which no response is required.

100. Answering Paragraph 100, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 100 further contains legal conclusions and arguments as to which no response is required.

101. Answering Paragraph 101, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

16

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 101 further contains legal conclusions and arguments as to which no response is required.

102.    Answering Paragraph 102, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 102 further contains legal conclusions and arguments as to which no response is required.

103.    Answering Paragraph 103, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 103 further contains legal conclusions and arguments as to which no response is required.

104.    Answering Paragraph 104, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 104 further contains legal conclusions and arguments as to which no response is required.

105.    Answering Paragraph 105, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 105 further contains legal conclusions and arguments as to which no response is required.

106.    Answering Paragraph 106, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 106 further contains legal conclusions and arguments as to which no response is required.

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

107.    Answering Paragraph 107, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations.

108.    Answering Paragraph 108, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations.

109.    Answering Paragraph 109, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 109 further contains legal conclusions and arguments as to which no response is required.

110.    Answering Paragraph 110, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 110 further contains legal conclusions and arguments as to which no response is required.

111.    Answering Paragraph 111, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 111 further contains legal conclusions and arguments as to which no response is required.

112.    Answering Paragraph 112, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 112 further contains legal conclusions and arguments as to which no response is required.

113.    Answering Paragraph 113, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 113 further contains legal conclusions and arguments as to which no response is required.

114.    Answering Paragraph 114, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 114 further contains legal conclusions and arguments as to which no response is required.

115.    Answering Paragraph 115, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 115 further contains legal conclusions and arguments as to which no response is required.

116.    Answering Paragraph 116, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 116 further contains legal conclusions and arguments as to which no response is required.

117.    Answering Paragraph 117, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 117 further contains legal conclusions and arguments as to which no response is required.

118.    Answering Paragraph 118, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 118 further contains legal conclusions and arguments as to which no response is required.

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

119.      Answering Paragraph 119, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 119 further contains legal conclusions and arguments as to which no response is required.

120.      Answering Paragraph 120, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 120 further contains legal conclusions and arguments as to which no response is required.

121.      Answering Paragraph 121, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 121 further contains legal conclusions and arguments as to which no response is required.

122.      Answering Paragraph 122, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 122 further contains legal conclusions and arguments as to which no response is required.

123.      Answering Paragraph 123, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations. Paragraph 123 further contains legal conclusions and arguments as to which no response is required.

124.      Answering Paragraph 124, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and, on that basis Defendants cannot admit or deny these allegations.

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

Paragraph 124 further contains legal conclusions and arguments as to which no response is required.

125.    Answering Paragraph 125, Defendants re-plead and incorporate by reference, as if fully set for again herein, all responses and/or denials contained in all prior paragraphs of this answer.

126.    Answering Paragraph 126, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

127.    Answering Paragraph 127, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

128.    Answering Paragraph 128, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

129.    Answering Paragraph 129, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

130.    Answering Paragraph 130, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

131.    Answering Paragraph 131, Defendants re-plead and incorporate by reference, as if fully set for again herein, responses and/or denials contained in paragraphs 40-58 of this answer.

132.    Answering Paragraph 132, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

133.    Answering Paragraph 133, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

134.    Answering Paragraph 134, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

135.    Answering Paragraph 135, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

136.    Answering Paragraph 136, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

137.    Answering Paragraph 137, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

138.    Answering Paragraph 138, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

139.    Answering Paragraph 139, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

140.    Answering Paragraph 140, Defendants re-plead and incorporate by reference, as if fully set for again herein, all responses and/or denials contained in all prior paragraphs of this answer.

141.    Answering Paragraph 141, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

142.    Answering Paragraph 142, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

143.    Answering Paragraph 143, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

144.    Answering Paragraph 144, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

145.    Answering Paragraph 145, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

146.    Answering Paragraph 146, Defendants re-plead and incorporate by reference, as if fully set for again herein, responses and/or denials contained in paragraphs 40-58 of this answer.

147.    Answering Paragraph 147, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

148.    Answering Paragraph 148, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

149.    Answering Paragraph 149, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

150. Answering Paragraph 150, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

151. Answering Paragraph 151, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

152. Answering Paragraph 152, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

153. Answering Paragraph 153, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

154. Answering Paragraph 154, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

155. Answering Paragraph 155, Defendants re-plead and incorporate by reference, as if fully set for again herein, all responses and/or denials contained in all prior paragraphs of this answer.

156. Answering Paragraph 156, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

157. Answering Paragraph 157, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

158. Answering Paragraph 158, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

159. Answering Paragraph 159, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

160. Answering Paragraph 160, Defendants re-plead and incorporate by reference, as if fully set for again herein, responses and/or denials contained in paragraphs 40-58 of this answer.

161. Answering Paragraph 161, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

162. Answering Paragraph 162, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

23

163.    Answering Paragraph 163, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

164.    Answering Paragraph 164, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

165.    Answering Paragraph 165, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

166.    Answering Paragraph 166, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

167.    Answering Paragraph 167, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

168.    Answering Paragraph 168, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

169.    Answering Paragraph 169, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

170.    Answering Paragraph 170, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

171.    Answering Paragraph 171, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

172.    Answering Paragraph 172, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

173.    Answering Paragraph 173, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

174.    Answering Paragraph 174, Defendants re-plead and incorporate by reference, as if fully set for again herein, all responses and/or denials contained in all prior paragraphs of this answer.

175.    Answering Paragraph 175, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

176.    Answering Paragraph 176, Defendants expressly deny the entirety of

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

24

Plaintiff's allegations as it contains legal conclusions and arguments.

177.    Answering Paragraph 177, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

178.    Answering Paragraph 178, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

179.    Answering Paragraph 179, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

180.    Answering Paragraph 180, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

181.    Answering Paragraph 181, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

182.    Answering Paragraph 182, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

183.    Answering Paragraph 183, Defendants re-plead and incorporate by reference, as if fully set for again herein, all responses and/or denials contained in all prior paragraphs of this answer.

184.    Answering Paragraph 184, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

185.    Answering Paragraph 185, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

186.    Answering Paragraph 186, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

187.    Answering Paragraph 187, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

188.    Answering Paragraph 188, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

189.    Answering Paragraph 189, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

25

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

190.        Answering Paragraph 190, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

191.        Answering Paragraph 191, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

192.        Answering Paragraph 192, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

193.        Answering Paragraph 193, Defendants re-plead and incorporate by reference, as if fully set for again herein, all responses and/or denials contained in all prior paragraphs of this answer.

194.        Answering Paragraph 194, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

195.        Answering Paragraph 195, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

196.        Answering Paragraph 196, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

197.        Answering Paragraph 197, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

198.        Answering Paragraph 198, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

199.        Answering Paragraph 199, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

200.        Answering Paragraph 200, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

201.        Answering Paragraph 201, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

202.        Answering Paragraph 202, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

203.        Answering Paragraph 203, Defendants expressly deny the entirety of

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

Plaintiff's allegations as it contains legal conclusions and arguments.

204.     Answering Paragraph 204, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

205.     Answering Paragraph 205, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

206.     Answering Paragraph 206, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

207.     Answering Paragraph 207, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

208.     Answering Paragraph 208, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

209.     Answering Paragraph 209, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

210.     Answering Paragraph 210, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

211.     Answering Paragraph 211, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

212.     Answering Paragraph 212, Defendants re-plead and incorporate by reference, as if fully set for again herein, all responses and/or denials contained in all prior paragraphs of this answer.

213.     Answering Paragraph 213, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

214.     Answering Paragraph 214, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

215.     Answering Paragraph 215, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

216.     Answering Paragraph 216, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

27

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

217. Answering Paragraph 217, Defendants re-plead and incorporate by reference, as if fully set for again herein, responses and/or denials contained in paragraphs 40-58 of this answer.

218. Answering Paragraph 218, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

219. Answering Paragraph 219, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

220. Answering Paragraph 220, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

221. Answering Paragraph 221, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

222. Answering Paragraph 222, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

223. Answering Paragraph 223, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

224. Answering Paragraph 224, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

225. Answering Paragraph 225, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

226. Answering Paragraph 226, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

227. Answering Paragraph 227, Defendants expressly deny the entirety of Plaintiff's allegations as it contains legal conclusions and arguments.

## PRAYER

228. Plaintiff's prayer for relief does not require a response, but to the extent a response is required, Defendants deny that Plaintiffs are entitled to judgment or to the relief sought.

///

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

## AFFIRMATIVE DEFENSES

229.    Defendants plead the following separate defenses. Defendants reserve the right to assert additional affirmative defenses that discovery indicates are proper.

## FIRST AFFIRMATIVE DEFENSE

## (Failure to State a Claim)

230.    As a separate and first affirmative defense to the Complaint, and to the purported causes of action set forth therein, Defendants allege that the Complaint fails to state facts sufficient to constitute a cause of action.

## SECOND AFFIRMATIVE DEFENSE

## (Waiver, Estoppel, Unclean Hands)

231.    Defendants allege that Plaintiff's action is barred by reason of conduct, actions and inactions of Plaintiff's which amount to and constitute a waiver of any right Plaintiff's may or might have had in reference to the matters and things alleged in the Complaint, or that otherwise estop Plaintiff from recovery in this action, including but not limited to the doctrine of unclean hands.

## THIRD AFFIRMATIVE DEFENSE

## (Failure to Mitigate Damages)

232.    Plaintiff's claims are barred or limited to the extent Plaintiff failed to mitigate Plaintiff's injuries or damages if there were any.  Plaintiff has failed to mitigate the damages, if any, which Plaintiff has sustained, and to exercise reasonable care to avoid the consequences of harm, if any, in that, among other things, Plaintiff has failed to use reasonable diligence in caring for any injuries, failed to use reasonable means to prevent aggravation of any injuries and failed to take reasonable precautions to reduce any injuries and damages.

## FOURTH AFFIRMATIVE DEFENSE

## (Contributory and/or Comparative Liability)

233.    Plaintiff's claims are barred or limited by Plaintiff's contributory/comparative negligence or other conduct, acts, or omissions, and to the

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT
2:26-cv-2525-WLH (ADSx)

extent Plaintiff suffered any injury or damages, it was the result of Plaintiff's own negligent or deliberate actions or omissions. Plaintiff's recovery is barred because any injury or damage suffered by Plaintiff was caused solely by reason of the Plaintiff's wrongful acts and conduct. The conduct set forth in the Complaint, if and to the extent it occurred, was privileged, justified, and done with a good faith belief that it was correct, and no action may be taken against the answering Defendants on account of such conduct.

## FIFTH AFFIRMATIVE DEFENSE

## (Public Entity/Employee Immunity for Others' Torts)

234. Plaintiff's recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person. Gov. Code §§ 815 et seq., 820.2 et seq. To the extent that Plaintiffs' damages were so caused, any recovery by Plaintiff as against the answering Defendants should be subject to proportionately comparative equitable indemnity/contribution from such third parties. Defendants further contend that Plaintiff failed to comply/exhaust all pre-lawsuit filing requirements, including but not limited to the Government Claims Act and California Civil Rights Department Claim (formerly Department of Fair Employment and Housing.) (Government Code sections 810-996.6 and 12960 et seq.).

## SIXTH AFFIRMATIVE DEFENSE

235. Defendants are immune from liability as Plaintiff consented, by words or conduct, to the alleged wrongdoing/conduct by Defendants.

## SEVENTH AFFIRMATIVE DEFENSE

## [Superseding/Intervening Cause]

236. As and for a separate affirmative defense to Plaintiff's Complaint, Defendants alleges that Plaintiff's claims are barred, or recovery reduced, because none of the conduct attributed to Defendants proximately caused the injuries alleged, and any such causation was superseded by the conduct of other named or

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT
2:26-cv-2525-WLH (ADSx)

unnamed defendants and/or unnamed/unknown third parties, or circumstances and causes beyond the control of Defendants, thus barring or diminishing any recovery against Defendants.

## EIGHTH AFFIRMATIVE DEFENSE

### [Contributory/Comparative Fault]

237.    (Contributory and/or Comparative Liability) Plaintiff's claims are barred or limited by Plaintiff's contributory/comparative negligence or other conduct, acts, or omissions, and to the extent Plaintiff suffered any injury or damages, it was the result of plaintiffs' own negligent or deliberate actions or omissions. Plaintiff's recovery is barred because any injury or damage suffered by Plaintiff was caused solely by reason of the Plaintiff's wrongful acts and conduct and the willful resistance to a peace officer in the discharge their duties. The conduct set forth in the Complaint, if and to the extent it occurred, was privileged and justified and done with a good faith belief that it was correct, and no action may be taken against the answering Defendants on account of such conduct.

## NINTH AFFIRMATIVE DEFENSE

### [Assumption of the Risk]

238.   At the time and place referred to in the Complaint for Damages, and before such event, Plaintiff knew, appreciated, and understood each and every risk involved in placing himself in the position which plaintiff then assumed, and willingly, knowingly and voluntarily assumed each of such risks, including, but not limited to, the risk of suffering personal bodily injury, lawful deprivation of right(s), or death.

## TENTH AFFIRMATIVE DEFENSE

### [Business Necessity]

239.    Any employment decision made by Defendants is lawful because it is necessary to do business.

///

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

31

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

## ELEVENTH AFFIRMATIVE DEFENSE

### [Statute of Limitation]

240.    Each purported claim in Plaintiff's Complaint is barred in whole or in part, by the applicable statute of limitation.

## TWELFTH AFFIRMATIVE DEFENSE

### [Mixed Motive]

241.    If both discriminatory and legitimate non-discriminatory reasons were considered by Defendants in any action related to Plaintiff's employment, the Defendants assert that legitimate reasons alone would have induced it to make the same decision.

## THIRTEENTH AFFIRMATIVE DEFENSE

### [Legitimate, Non-Discriminatory and Non-Retaliatory Reasons]

242.    Plaintiff's Complaint fails to state a claim for which relief may be granted because any actions taken by the Defendants with respect to Plaintiff's employment were based upon legitimate, non-discriminatory and non-retaliatory reasons.

## FOURTEENTH AFFIRMATIVE DEFENSE

### [Personnel Decisions]

243.    Any alleged discrimination was based upon management or personnel decisions.

## FIFTEENTH AFFIRMATIVE DEFENSE

### [Accommodations]

244.    Defendants were not obliged to make accommodations that were unreasonable.  Further, Plaintiff's claim for religious discrimination and failure to accommodate are barred as Plaintiff was reasonably accommodated.

## SIXTEENTH AFFIRMATIVE DEFENSE

### [After Acquired Evidence]

245.    Plaintiff's damages are limited/barred due to after acquired evidence of

Plaintiff's wrongdoing and/or misconduct during his employment with Defendants.

### SEVENTEENTH AFFIRMATIVE DEFENSE

### [Undue Hardship]

246.    Accommodating Plaintiff's alleged religious practice cannot reasonably be accommodated without undue hardship.

### EIGHTEENTH AFFIRMATIVE DEFENSE

### [Improper Identification of Parties]

247.    Plaintiff's claims against Defendants Los Angeles County of Public Works and Mark Pestrella may only be brought against the parent/public entity.

### NINETEENTH AFFIRMATIVE DEFENSE

### [Right to Amend Answer]

248.    Defendants presently have insufficient knowledge or information as to whether they may have additional, yet unasserted, affirmative defenses.  Defendants therefore reserve the right amend their answer and assert additional affirmative defenses in the event discovery or further proceedings indicate such defenses would be appropriate.

///

///

///

///

///

///

///

///

///

///

///

///

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

33

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

# DEMAND FOR JURY TRIAL

Defendants hereby demand a trial by jury.

DATED:  June 8, 2026

**PETERSON BRADFORD BURKWITZ**
**GREGORIO BURKWITZ & SU**

By: /s *Vincent Contreras*

Avi Burkwitz, Esq.
Gil Y. Burkwitz, Esq.
Vincent Contreras, Esq.
Attorneys for Defendants, COUNTY OF LOS ANGELES (also erroneously sued as LOS ANGELES COUNTY DEPARTMENT OF PUBLIC WORKS), LOS ANGELES COUNTY DEPARTMENT OF PUBLIC WORKS, and MARK PESTRELLA, in his Official Capacity

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On June 8, 2026, I served the foregoing document described as:
**DEFENDANTS, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY DEPARTMENT OF PUBLIC WORKS, AND MARK PESTRELLA'S ANSWER TO PLAINTIFF'S COMPLAINT**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY ELECTRONIC MAIL:**  Based on court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address(s) below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **BY PERSONAL SERVICE:**  I delivered such envelope by hand to the addressee.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 8, 2026, in Burbank, California.

*/s Noel Pettway*

Noel Pettway

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)

## SERVICE LIST

RE:   **Batman, Eric v. County of Los Angeles**

        **Case No.:**    2:26-cv-2525

Nicolai Cocis, Esq.
Law Offices of Nicolai Cocis
25026 Las Brisas Rd.
Murrieta, CA 92562
E: nic@cocislaw.com
Phone: 951-695-1400

**Attorney for Plaintiff,
ERIC BATMAN**

Matthew D. Staver*
Horatio G. Mihet*
Daniel J. Schmid*
Mariah Gondeiro, Esq.
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
E: mstaver@lc.org
E: hmihet@lc.org
E: dschmid@lc.org
E: mgondeiro@lc.org
E: jill@lc.org

Phone: 407-875-1776
Fax: 407-876-0770

**Attorneys for Plaintiff,
ERIC BATMAN**

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

36

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
2:26-cv-2525-WLH (ADSx)